IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-852 T

Judge Robert H. Hodges, Jr.

RUTH C. LUCAS and BONNIE S. MURPHY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 60 days, from February 12, 2007, to and including April 13, 2007, within which to answer or otherwise respond to plaintiffs' complaint. This is the first enlargement requested for this purpose.

The additional time is needed, because defendant's attorneys have not yet received from the Internal Revenue Service any administrative files or the IRS's recommended litigating position for this case. Defendant's attorney of record has communicated with the IRS attorney assigned responsibility for this case, most recently on February 7, 2007, and the IRS attorney informed defendant that he has not yet received all of the relevant administrative files, but hopes to receive them soon.

The United States' receipt and review of the IRS's views are necessary prerequisites to filing a response to plaintiffs' complaint. Accordingly, to allow the IRS attorney to receive all relevant administrative files and prepare and transmit the IRS's recommended litigating position

to defendant, and to allow the undersigned attorney of record to review the IRS' submission, prepare a response to plaintiffs' complaint, and have it reviewed internally, defendant requests the Court grant the requested additional time.

The United States has communicated with opposing counsel regarding this motion and opposing counsel has no objection to the enlargement of time.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

February 9, 2007