# In the United States Court of Federal Claims

* * * * * * *

RUTH C. LUCAS, Executrix of the Estate of Marvin C. Park, and BONNIE S. MURPHY, Executrix of the Estate of Mildred L. Park, *

Plaintiffs, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 06-852T

Filed: June 12, 2007

**SCHEDULING ORDER**

The parties filed their Joint Preliminary Status Report on June 7, 2007. As a result, the following schedule is ordered:

(1) The parties will file all initial disclosures on or before July 12, 2007.

(2) Discovery will close on November 16, 2007.

(3) Plaintiffs will file their Summary Judgment motion as to their claim for refund or tax and interest based on failure to issue a notice of deficiency before assessment on or before December 17, 2007.

(4) Defendant will file its cross-motion for Summary Judgment on or before January 21, 2007.

(5) Responses and replies to the above motions will be due pursuant to RCFC 7.2(c).

(6) If the claim addressed in the above motions is resolved in favor of the defendant, the parties will submit a joint status report within 30 days of such resolution in which they propose a schedule for further proceedings on plaintiffs' tax motivated interest claim.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge