IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-852 T

Judge Robert H. Hodges, Jr.

RUTH C. LUCAS and BONNIE S. MURPHY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# MOTION OF THE UNITED STATES FOR ENLARGEMENT OF DISCOVERY DEADLINE

The United States respectfully moves the Court for an enlargement of time of 32 days, from November 16, 2007, to and including December 18, 2007, within which to complete discovery. This is the first enlargement requested for this purpose. Opposing counsel does not object to the enlargement of time.

The additional time is requested, because plaintiffs did not make their initial disclosures on July 12, 2007, as required by the Court's order [Doc. #8], but intend to do so on or before August 13, 2007. (Defendant served its initial disclosures via overnight mail on July 12, 2007.)

On Friday, August 3, 2007, defendant's attorney e-mailed Sallie Gladney, plaintiffs' Of Counsel, about plaintiffs' initial disclosures and defendant's intent to move for an enlargement of the fact discovery deadline as a result of plaintiffs' not making the disclosures. On Sunday, August 5, 2007, Ms. Gladney responded via e-mail, and followed up by telephoning defendant's

counsel on Monday, August 6, 2007. During those communications, Ms. Gladney represented plaintiffs had no objection to this motion, and noted her intent to make plaintiffs' initial disclosures on or before August 13, 2007.

WHEREFORE, the United States seeks an extension of the discovery deadline in this case of 32 days until December 18, 2007, one day for each day elapsed from the Court ordered date for making initial disclosures (July 12, 2007) until the day on which plaintiffs intend to make theirs (August 13, 2007).

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

August 8, 2007