# In the United States Court of Federal Claims

* * * * * * *

RUTH C. LUCAS and BONNIE S. MURPHY, *

*

Plaintiffs, * No. 06-852T

v. * Filed: August 8, 2007

UNITED STATES OF AMERICA, *

*

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion for an enlargement of time to December 18 within which to complete discovery is GRANTED. Plaintiff does not object to the enlargement.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge