IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-852 T
(Judge Robert H. Hodges, Jr.)

RUTH C. LUCAS, Executrix of the Estate of Marvin C. Park, and
BONNIE S. MURPHY, Executrix of the Estate of Mildred L. Park,

Plaintiffs,

v.

THE UNITED STATES,

Defendant

**STIPULATION**

Pursuant to RCFC 26(a)(1)(A), plaintiffs have identified Ruth C. Lucas and Bonnie S. Murphy as individuals with discoverable information that plaintiffs may use to support their claims. Defendant has noticed depositions of Ms. Lucas and Ms. Murphy, scheduled to take place on December 17, 2007. Plaintiffs, however, have represented that, with the exception of the authenticity of their respective signatures on two documents, Ms. Lucas and Ms. Murphy do not have knowledge relevant to the facts of this case.

In light of this, the parties agree as follows:

1. The signature on page 5 of Exhibit A to this Stipulation is the signature of Ruth C. Lucas.

2. The signature on page 17 of Exhibit B to this Stipulation is the signature of Bonnie S. Murphy.

3. Plaintiffs will not call Ruth C. Lucas or Bonnie S. Murphy at the trial of this matter, or otherwise rely on their testimony in this matter.

4. Defendant will cancel the depositions of Ruth C. Lucas and Bonnie S. Murphy currently scheduled for December 17, 2007, and will not depose Ruth C. Lucas or Bonnie S. Murphy in this matter, unless information subsequently comes into defendant's possession that indicates that Ms. Lucas or Ms. Murphy have knowledge relevant to the facts of this case other than the facts stipulated to in paragraphs 1 and 2 of this Stipulation.

Respectfully submitted,

November 29, 2007

s/ Thomas E. Redding
THOMAS E. REDDING
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

*Attorney for Plaintiffs*

November 29, 2007

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 524-9440
Joseph.B.Syverson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief
BART D. JEFFRESS
Trial Attorney

November 29, 2007

s/ Steven I. Frahm
Of Counsel

*Attorneys for Defendant*