# REDDING & ASSOCIATES, P.C.
ATTORNEYS AT LAW
2914 West T.C. Jester
Houston, Texas 77018-7010
Telephone: (713) 965-9244 • Telecopier: (713) 621-5227

Thomas E. Redding, J.D.  
Sallie W. Gladney, J.D.

Teresa J. Womack, J.D.  
Brett A. Thompson, J.D., C.P.A.

May 28, 2002

**EXPRESS MAIL**  
**RETURN RECEIPT REQUESTED**

EL498528492US

Director, Internal Revenue Service  
Kansas City, MO 64999-0002

      Re:    Marvin C. Park, Deceased; SSN

Dear Sir:

Enclosed please find Forms 4810 Requests for Prompt Assessment Under Internal Revenue Code Section 6501(d), with attachments, for tax years 1982 through 1990, inclusive, for the above referenced taxpayer. A copy of my Form 2848 Power of Attorney is also enclosed.

Should you have any questions on this matter please call me at (713) 965-9244.

            Very Truly Yours,

            REDDING & ASSOCIATES, P.C.

            Sallie W. Gladney

Enclosures:    Forms 4810 w/ attachments (3)  
                  Form 2848 Power of Attorney



JOINT EXHIBIT A

FILE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Director
Internal Revenue Service
Kansas City, MO 64999-0002

Marvin C. Park

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X E.B. Mabbott  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
E. Mab bott

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    EL 498528492 US

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

Exhibit A, Page 2 of 10

Department of the Treasury Internal Revenue Service

| Form 4810 (Rev. Dec 1999) | Request for Prompt Assessment Under Internal Revenue Code Section 6501(d) (Please see instructions) | OMB Clearance Number 1545-0430 |

TO

Director, Internal Revenue Service
Kansas City, MO 64999-0002

Kind of tax

Income

Tax returns for which prompt assessment of any additional tax is requested

| Form Number | Tax Period Ended | Social Security or Employer Identification Number | Name and Address Shown on Return | Internal Revenue Service Office Where Filed | Date Filed |
|---|---|---|---|---|---|
| 1040 | 1982 | ■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-83 |
| 1040 | 1983 | ■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-84 |
| 1040 | 1984 | ■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-85 |

Remarks

---

If applicable, please provide the following information ▶

Spouse's name (surviving or deceased)

Mildred L. Park, deceased

Spouse's social security number

35■

If the forms listed above are corporation income tax returns, please check one of the boxes below

☐ Dissolution has been completed.

☐ Dissolution has begun and will be completed either before or after the 18-month period of limitation.

☐ Dissolution has not begun but is expected by the expiration of the 18-month period of limitation; dissolution will begin before the period expires and will be completed either before or after that period expires.

---

I have attached the following item(s) to help expedite action on my request:

☒ Letters testamentary, or

☐ Letters of administration

☐ Copies of returns listed above (See "**What to File**" on the back)

☐ Other:

I request a prompt assessment of any additional tax for the kind of tax and periods shown above, as provided by section 6501 (d) of the Internal Revenue Code.

Requester's name and address

Ruth Lucas, Executrix for the Estate of Marvin C. Park
c/o Peter Murphy
428 Tallgrass Circle
Lake Zurich, Illinois 60047

Requester's signature *[signed]*

Title: Executrix for the Estate of Marvin C. Park

Date: 4/6/02

ISA
STF FED5301F

Form **4810** (Rev 12-1999)

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
PROBATE DIVISION - _____ DIVISION

IN THE MATTER OF THE ESTATE OF

2002-014

NO. _____

MARVIN C. PARK, DECEASED

## LETTERS TESTAMENTARY

BE IT KNOWN:

That RUTH LUCAS, whose address is 10828 E. Betony Dr., Scottsdale, Arizona 85259, having been duly appointed Executrix of the Estate of MARVIN C. PARK, who died on July 12, 2000, and having qualified as such Executrix, is hereby authorized to act as such Executrix for and in behalf of the estate and to take possession of the property thereof as authorized by law.

ISSUED the 9 day of Jan, 2002.

_Freddy Burton_ Probate Clerk

STATE OF ARKANSAS
COUNTY OF SALINE

BY: _Joan Babbitt_
Deputy Clerk

I HEREBY CERTIFY THIS TO BE A TRUE COPY
OF THE ORIGINAL INSTRUMENT FILED IN THIS OFFICE
ON THIS 9 day of Jan, 2002
_Freddy Burton_ COUNTY CLERK
_Joan Babbitt_ Deputy Clerk

@PFDesktop\ODMA/GRPWISE/LR PO Tax_Library.55773.1

| Form 4810 (Rev. Dec 1999) | Department of the Treasury Internal Revenue Service<br>**Request for Prompt Assessment**<br>**Under Internal Revenue Code Section 6501(d)**<br>*(Please see instructions)* | OMB Clearance Number 1545-0430 |
|---|---|---|
| TO<br>Director, Internal Revenue Service<br>Kansas City, MO 64999-0002 | | Kind of tax<br><br>Income |

Tax returns for which prompt assessment of any additional tax is requested

| Form Number | Tax Period Ended | Social Security or Employer Identification Number | Name and Address Shown on Return | Internal Revenue Service Office Where Filed | Date Filed |
|---|---|---|---|---|---|
| 1040 | 1985 | ■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-86 |
| 1040 | 1986 | ■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-87 |
| 1040 | 1987 | ■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-88 |

Remarks

| If applicable, please provide the following Information ▶ | Spouse's name *(surviving or deceased)*<br>Mildred L. Park, deceased | Spouse's social security number<br>■ |
|---|---|---|

If the forms listed above are corporation income tax returns, please check one of the boxes below

☐ Dissolution has been completed.

☐ Dissolution has begun and will be completed either before or after the 18-month period of limitation.

☐ Dissolution has not begun but is expected by the expiration of the 18-month period of limitation; dissolution will begin before the period expires and will be completed either before or after that period expires.

| I have attached the following item(s) to help expedite action on my request:<br>☒ Letters testamentary, or<br>☐ Letters of administration<br>☐ Copies of returns listed above *(See "What to File" on the back)*<br>☐ Other: | Requester's name and address<br>Ruth Lucas, Executrix for the Estate of Marvin C. Park<br>c/o Peter Murphy<br>428 Tallgrass Circle<br>Lake Zurich, Illinois  60047 | |
|---|---|---|
| I request a prompt assessment of any additional tax for the kind of tax and periods shown above, as provided by section 6501 (d) of the Internal Revenue Code. | Requester's signature *(signed)*<br>Title<br>Executrix for the Estate of Marvin C. Park | Date<br>4/6/02 |

Exhibit A, Page 5 of 10

ISA<br>STF FED5301F

Form **4810** (Rev 12-1999)

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
PROBATE DIVISION - _____ DIVISION

IN THE MATTER OF THE ESTATE OF         2002-014
                                              NO. _____

MARVIN C. PARK, DECEASED

## LETTERS TESTAMENTARY

BE IT KNOWN:

That RUTH LUCAS, whose address is 10828 E. Betony Dr., Scottsdale, Arizona 85259, having been duly appointed Executrix of the Estate of MARVIN C. PARK, who died on July 12, 2000, and having qualified as such Executrix, is hereby authorized to act as such Executrix for and in behalf of the estate and to take possession of the property thereof as authorized by law.

ISSUED the 9 day of Jan, 2002.

_Freddy Burton_ Probate Clerk

STATE OF ARKANSAS
COUNTY OF SALINE                    BY: _Joan Babbitt_
                                         Deputy Clerk
I HEREBY CERTIFY THIS TO BE A TRUE COPY
OF THE ORIGINAL INSTRUMENT FILED IN THIS OFFICE
ON 9 day of Jan, 2002
_Freddy Burton_ COUNTY CLERK
_Joan Babbitt_ Deputy Clerk

@PFDesktop\ODMA/GRPWISE/LR.PO.Tax_Library 55773 1

| Form 4810 (Rev. Dec 1999) | Department of the Treasury Internal Revenue Service<br>**Request for Prompt Assessment**<br>**Under Internal Revenue Code Section 6501(d)**<br>*(Please see instructions)* | OMB Clearance Number 1545-0430 |
|---|---|---|
| TO<br>Director, Internal Revenue Service<br>Kansas City, MO 64999-0002 | | Kind of tax<br><br>Income |

Tax returns for which prompt assessment of any additional tax is requested

| Form Number | Tax Period Ended | Social Security or Employer Identification Number | Name and Address Shown on Return | Internal Revenue Service Office Where Filed | Date Filed |
|---|---|---|---|---|---|
| 1040 | 1988 | ■■■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-89 |
| 1040 | 1989 | ■■■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-90 |
| 1040 | 1990 | ■■■ | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-91 |

Remarks

| If applicable, please provide the following information ▶ | Spouse's name *(surviving or deceased)*<br>Mildred L. Park, deceased | Spouse's social security number |
|---|---|---|

If the forms listed above are corporation income tax returns, please check one of the boxes below

☐ [redacted]

☐ Dissolution has not begun but is expected by the expiration of the 18-month period of limitation; dissolution will begin before the period expires and will be completed either before or after that period expires.

| I have attached the following item(s) to help expedite action on my request:<br>[X] Letters testamentary, or<br>☐ Letters of administration<br>☐ Copies of returns listed above *(See "What to File" on the back)*<br>☐ Other: | Requester's name and address<br>Ruth Lucas, Executrix for the Estate of Marvin C. Park<br>c/o Peter Murphy<br>428 Tallgrass Circle<br>Lake Zurich, Illinois 60047 |
|---|---|
| I request a prompt assessment of any additional tax for the kind of tax and periods shown above, as provided by section 6501 (d) of the Internal Revenue Code. | Requester's signature *[signed]*  Date 4/6/03<br>Title<br>Executrix for the Estate of Marvin C. Park |

ISA
STF FED5301F

Form **4810** (Rev 12-1999)

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
PROBATE DIVISION - _____ DIVISION

IN THE MATTER OF THE ESTATE OF

NO. 2002-014

MARVIN C. PARK, DECEASED

## LETTERS TESTAMENTARY

BE IT KNOWN:

That RUTH LUCAS, whose address is 10828 E. Betony Dr., Scottsdale, Arizona 85259, having been duly appointed Executrix of the Estate of MARVIN C. PARK, who died on July 12, 2000, and having qualified as such Executrix, is hereby authorized to act as such Executrix for and in behalf of the estate and to take possession of the property thereof as authorized by law.

ISSUED the 9 day of Jan, 2002.

_____Freddy Burton_____ Probate Clerk

STATE OF ARKANSAS
COUNTY OF SALINE

I HEREBY CERTIFY THIS TO BE A TRUE COPY
OF THE ORIGINAL INSTRUMENT FILED IN THIS OFFICE
ON THIS 9 day of Jan, 2002
_Freddy Burton_ COUNTY CLERK
_Joan Babbitt_ Deputy Clerk

BY: _Joan Babbitt_
Deputy Clerk

@PFDesktop\ODMA/GRPWISE/LR.PO.Tax_Library.55773.1

| Form **2848** (Rev. December 1995) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ For Paperwork Reduction and Privacy Act Notice, see the Instructions. | OMB No. 1545-0150 **For IRS Use Only** Received by Name _____ Telephone _____ Function _____ Date _____ |
|---|---|---|

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer Information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address<br>Marvin C. and Mildred L. Park<br>17 Tenerife Way<br>Hot Springs Village, AR  71909 | Social security number ■<br><br>Daytime telephone number | Employer identification number<br><br>Plan number (if applicable) |
|---|---|---|

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>515 Post Oak Boulevard, Suite 500<br>Houston, Texas 77027-9408-150 | CAF No. _____<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐   Telephone No. ☐ |
| Sallie W. Gladney<br>515 Post Oak Boulevard, Suite 500<br>Houston, Texas 77027-9408-150 | CAF No. _____<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐   Telephone No. ☐ |
| | CAF No. _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax Matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending December 31 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996 |

**4 Specific Use Not Recorded on Centralized Authorization File (CAF).**—If the power of attorney is for a specific use not recorded on CAF, check this box. (See Line 4 — Specific uses not recorded on CAF on page 3.) ▶ ☐

**5 Acts Authorized.**—The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described in line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see **Line 5** — Acts Authorized on page 4).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes, but is not limited to, authorization to exercise the taxpayer's rights under I.R.C. § 6103(e)(1)(C), relative to forms 1065 for partnerships in which the taxpayer(s) is a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner/person of a partnership or S corporation is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of Refund Checks.**—If you want to authorize a representative named in line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

ISA

Form **2848** (Rev. 12-95)

**7  Notices and Communications.**—Original notices and other written communications will be sent to you and a copy to the first representative listed in line 2 unless you check one or more of the boxes below.

    **a** If you also want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

    **b** If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

    **c** If you do not want any notices or communications sent to your representative, check this box ▶ ☐

**8  Retention/Revocation of Prior Power(s) of Attorney.**—The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9  Signature of Taxpayer(s).**—If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner/person, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

    ▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| *Marvin C. Park* (signed) | 6/11/96 | |
| Marvin C. Park (Print Name) | | |
| *Mildred L. Park* (signed) | 6-11-96 | |
| Mildred L. Park (Print Name) | | |

---

**Part II  Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

    **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
    **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
    **c** Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
    **d** Officer—a bona fide officer of the taxpayer's organization.
    **e** Full-Time Employee—a full-time employee of the taxpayer.
    **f** Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
    **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
    **h** Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(a)(7) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter (a-h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | *Thomas E. Redd* (signed) | 6/28/96 |
| A | Texas | *Dallie W. Mackey* (signed) | 7/8/96 |