# In the United States Court of Federal Claims

* * * * * * *

RUTH C. LUCAS, Executrix of the Estate of Marvin C. Park, and BONNIE S. MURPHY, Executrix of the Estate of Mildred L. Park, *

Plaintiffs, * No. 06-852T

v. * Filed: January 8, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's Motion for Summary Judgment was due December 17, 2007. Plaintiff has not filed this motion. Plaintiff will either file by Monday, January 14, 2008 or contact the court to explain its failure to do so. If we do not hear from plaintiff by January 14, 2008, we will issue an order to show cause why this case should not be dismissed for failure to prosecute.

If plaintiff files its Motion for Summary Judgment, then defendant's Cross-Motion for Summary Judgment and/or Motion to Dismiss will be due fifteen (15) days thereafter. Additional Response/s and Reply/ies are due pursuant to RCFC 7.2(c).

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge