11/ However, we distinguish taxpayer's confusing conclusion that "James Callaway's partnership items were, at all times nonpartnership items with respect to Elizabeth Callaway." We find that this statement fails to distinguish between the ownership of the distributive share of the Mountain View tax items -- a function of state property law -- and the classification of those items as either "partnership items" or "nonpartnership items -- a consequence of the federal law of tax procedure. Cf. National Bank of Commerce, 472 U.S. at 722.

12/ Further, to extend Dubin, as the Tax Court did, produces an unworkable result within the TEFRA framework, as we have previously discussed. Dubin and Gillilan are technically possible because there are divided ownership interests in the partnership items. Therefore, it is possible to speak of one spouse's "share of" the partnership items converting into nonpartnership items while the other spouse's share remains unconverted, even on the same return. As we discuss, however, this was the result Congress intended to avoid in drafting section 6231(a)(12).

13/ In Gillilan the Tax Court confirmed that it is "unquestionabl[e]" that "section 6231(a)(12), if nowhere superseded" would compel the result that the Commissioner advocated: "in that event, [a conversion] would apply to petitioner, as well as her husband, converting all partnership items to nonpartnership items." Gillilan, 66 T.C.M. (CCH) at 401 (emphasis added). In short, the legitimacy of Dubin rests on the persuasiveness of its reasoning that the statute has been superseded by the regulations. As set out below, we find that reasoning thoroughly unpersuasive.

14/ In full Temporary Treasury Regulation section 301.6231(a)(12)-1T reads as follows:

(a) In general. For purposes of subchapter C of chapter 63 of the Code, spouses holding a joint interest in a partnership are treated as partners. Thus, both spouses are permitted to participate in administrative and judicial proceedings. The term "joint interest" includes tenancies in common, joint tenancies, tenancies by the entirety, and community property.

(b) Notice and counting rules -- (1) In general. Except as provided in paragraph (b)(2) of this section, for purposes of applying section 6223 (relating to notice to partners of proceedings) and section 6231(a)(1)(B) (relating to the exception for small partnerships), spouses holding a joint interest in a partnership shall be treated as one person. Except as provided in paragraph (b)(2) of this section, the Service or the tax matters partner may send any required notice to either spouse.

(2) Identified spouse entitled to notice. For purposes of applying section 6223 (relating to notice to partners of proceeding) for a partnership taxable year, an individual who holds a joint interest in a partnership with his or her spouse who is entitled to notice under section 6223 shall be entitled to receive separate notice under section 6223 if such individual:

(i) Is identified as a partner on the partnership return for that taxable year; or

EXHIBIT "A" pg. 25

B-156

97
04
85

AGE NO-0002

IRS EMPLOYEE 0615504797

```
    200306
290 ADDITIONAL TAX ASSESSED                                02-17-2003        0.00
    17254-430-18032-3  200306
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE            04-10-2003
    LEVY NOTICE ISSUED
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE            04-18-2003
    UNDELIVERABLE LEVY NOTICE
```

Note - Final payment made 3/24/04 to enable refund claim and potential suit. $3,867.59

Total interest paid to 3/24/04 ~~23,661.83~~ 23,714.59

Exhibit B, P. 2

797

00

| Form **4549A** | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page 1 of 2 |
|---|---|---|

| **Name and Address of Taxpayer** | **SS or EI Number** | **Return Form No:** |
|---|---|---|
| MARVIN C DECD & MILDRED L DECD PARK<br>BONNIE MURPHY EXEC<br><br>428 TALL GRASS CIR<br>LAKE ZURICH IL 60047-2835-28 | [redacted]176 | 1040 |
| | Person with whom examination changes were discussed. | **Name and Title:** |

| 1. **Adjustments to Income** | **Period End** 12/31/1985 | **Period End** | **Period End** |
|---|---|---|---|
| a. ORDINARY INCOME, # | 10,306.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 10,306.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 192,961.00 | | |
| 4. **Corrected Taxable Income** | 203,267.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | Joint | | |
| 5. **Tax** | 82,275.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 82,275.00 | | |
| 8. **Less Credits** a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less total of lines 8a through 8d) | 82,275.00 | | |
| 10. Plus Other Taxes a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. **Total Corrected Tax Liability** (line 9 plus line 10a - 10d) | 82,275.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 77,122.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. **Deficiency-Increase in Tax** or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 5,153.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. **Balance Due or (Overpayment)** (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | 5,153.00 | | |

from Crystal Star Eagle —

See p. 2

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Form **4549A** Department of the Treasury - Internal Revenue Service
**Income Tax Examination Changes** Page 2 of 2

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| MARVIN C DECD & MILDRED L DECD PARK<br>BONNIE MURPHY EXEC | [redacted]8176 | 1040 |

| 17. **Penalties** | **Period End** 12/31/1985 | **Period End** | **Period End** |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total Penalties** | | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 5,153.00 | | |
| 19. **Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or Overpayment Taxes – Line 16, Page 1 | 5,153.00 | | |
| b. Penalties (Line 18, Page2)-computed to 10/22/2002 | | | |
| c. Interest (IRC§ 6601)-computed to 11/21/2002 | 0.00 | | |
| d. TMT Interest – computed 1/21/200 on TMT underpayment | 0.00 | | |
| e. Amount due or refund (sum of lines a, b, c and d) | 5,153.00 | | |

**Other Information:**

The adjustment is from the Tax Court Decision for Crystal Star Eagle, #13-3558089. We adjusted your ordinary income from a loss of $25,306.00 to a loss of $15,000.00.

All or part of the underpayment of tax you were required to show on your return is a substantial understatement attributable to tax motivated transactions, as defined by Section 6621[c][3] of the Internal Revenue Code. Accordingly, the annual interest payable on your income taxes on this understatement is 120 percent of the adjusted rate established under Code Section 6621[b].

If you require any additional information, please contact your tax matters partner.

| Examiner's Signature: | Employee ID: | Office: | Date: |
|---|---|---|---|
| ARTHUR RUPP | 017821334 | BROOKHAVEN | 10/22/2002 |

RGS Version 3.10.02 Form CG-4549A

Exhibit C Pg. 2

Form **4549A**

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Page 1 of 2

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| MARVIN C DECD & MILDRED L DECD PARK<br>BONNIE MURPHY EXEC<br><br>428 TALL GRASS CIR<br>LAKE ZURICH IL 60047-2835-28 | [redacted]8176 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End 12/31/1986 | Period End | Period End |
|---|---|---|---|
| a. ORDINARY INCOME, #13-3558089 | 33,062.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 33,062.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 200,913.00 | | |
| 4. **Corrected Taxable Income** | 233,975.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | Joint | | |
| 5. **Tax** | 96,916.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 96,916.00 | | |
| 8. **Less Credits** a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less total of lines 8a through 8d) | 96,916.00 | | |
| 10. Plus Other Taxes a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. **Total Corrected Tax Liability** (line 9 plus line 10a - 10d) | 96,916.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 80,385.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. **Deficiency-Increase in Tax** or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 16,531.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. **Balance Due or (Overpayment)** (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | 16,531.00 | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 3.10.02

Form CG-4549A

Exhibit C Pg. 3 B-165

Name of Taxpayer: MARVIN C DECD & MILDRED L DECD PARK 10/23/2002
Identification Number: [redacted]8176 Total 3.10.02

**HOW TO PAY YOUR TAXES**

If you agree with our examination, pay now by sending a check or money order and your signed agreement. The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days? [ ] Yes [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ ______________ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the ________ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a $43 fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: ( ) ______________________

   Work: ( ) ______________________

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.

# REDDING & ASSOCIATES, P.C.

ATTORNEYS AT LAW
2914 West T.C. Jester
Houston, Texas 77018-7010
Telephone: (713) 965-9244 • Telecopier: (713) 621-5227

Thomas E. Redding, J.D.
Sallie W. Gladney, J.D.

Teresa J. Womack, J.D.
Brett A. Thompson, J.D., C.P.A.


May 28, 2002

**EXPRESS MAIL**
**RETURN RECEIPT REQUESTED**

EL498528492US

Director, Internal Revenue Service
Kansas City, MO 64999-0002

Re: Marvin C. Park, Deceased; SSN [redacted]8176

Dear Sir:

Enclosed please find Forms 4810 Requests for Prompt Assessment Under Internal Revenue Code Section 6501(d), with attachments, for tax years 1982 through 1990, inclusive, for the above referenced taxpayer. A copy of my Form 2848 Power of Attorney is also enclosed.

Should you have any questions on this matter please call me at (713) 965-9244.

Very Truly Yours,

REDDING & ASSOCIATES, P.C.

Sallie W. Gladney

Sallie W. Gladney

Enclosures: Forms 4810 w/ attachments (3)
Form 2848 Power of Attorney

B-167

R:\DOCS\CORRESP.Q\QGGL5282.PA1.wpd

EXHIBIT "D" Pg. 1

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Director
Internal Revenue Service
Kansas City, MO 64999-0002

Marvin C. Park

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X E B Mabbott ☐ Agent ☐ Addressee

B. Received by (Printed Name) E.B. Mabbott | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* EL 498528492 US

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

EXHIBIT "D" Pg. 2 B-168

Form **4810** (Rev. Dec 1999)

Department of the Treasury Internal Revenue Service

# Request for Prompt Assessment Under Internal Revenue Code Section 6501(d)

*(Please see instructions)*

OMB Clearance Number 1545-0430

TO

Director, Internal Revenue Service
Kansas City, MO 64999-0002

Kind of tax: Income

Tax returns for which prompt assessment of any additional tax is requested

| Form Number | Tax Period Ended | Social Security or Employer Identification Number | Name and Address Shown on Return | Internal Revenue Service Office Where Filed | Date Filed |
|---|---|---|---|---|---|
| 1040 | 1982 | [redacted]176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-83 |
| 1040 | 1983 | [redacted]8176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-84 |
| 1040 | 1984 | [redacted]8176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-85 |

Remarks

*If applicable, please provide the following Information* ▶

Spouse's name *(surviving or deceased)*: Mildred L. Park, deceased

Spouse's social security number: [redacted]8852

If the forms listed above are corporation income tax returns, please check one of the boxes below

- ☐ Dissolution has been completed.
- ☐ Dissolution has begun and will be completed either before or after the 18-month period of limitation.
- ☐ Dissolution has not begun but is expected by the expiration of the 18-month period of limitation; dissolution will begin before the period expires and will be completed either before or after that period expires.

I have attached the following item(s) to help expedite action on my request:

- ☒ Letters testamentary, or
- ☐ Letters of administration
- ☐ Copies of returns listed above *(See "What to File" on the back)*
- ☐ Other:

I request a prompt assessment of any additional tax for the kind of tax and periods shown above, as provided by section 6501 (d) of the Internal Revenue Code.

Requester's name and address

Ruth Lucas, Executrix for the Estate of Marvin C. Park
c/o Peter Murphy
428 Tallgrass Circle
Lake Zurich, Illinois 60047

Requester's signature: Ruth Lucas

Date: 4/6/02

Title: Executrix for the Estate of Marvin C. Park

ISA
STF FED5301F

EXHIBIT "D" Pg. 3

B-169

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
PROBATE DIVISION - ___________ DIVISION

IN THE MATTER OF THE ESTATE OF

NO. 2002-014

MARVIN C. PARK, DECEASED

LETTERS TESTAMENTARY

BE IT KNOWN:

That RUTH LUCAS, whose address is 10828 E. Betony Dr., Scottsdale, Arizona 85259, having been duly appointed Executrix of the Estate of MARVIN C. PARK, who died on July 12, 2000, and having qualified as such Executrix, is hereby authorized to act as such Executrix for and in behalf of the estate and to take possession of the property thereof as authorized by law.

ISSUED the 9 day of Jan, ~~2001~~ 2002.

Freddy Burton Probate Clerk

BY: Joan Babbitt
Deputy Clerk

STATE OF ARKANSAS
COUNTY OF SALINE
I HEREBY CERTIFY THIS TO BE A TRUE COPY
OF THE ORIGINAL INSTRUMENT FILED IN THIS OFFICE
ON THE 9 day of Jan, 2002
Freddy Burton COUNTY CLERK
Joan Babbitt Deputy Clerk

@PFDesktop\::ODMA/GRPWISE/LR.PO.Tax_Library:55773.1

B-170

EXHIBIT "D" Pg. 4

Form **4810**
(Rev. Dec 1999)

Department of the Treasury Internal Revenue Service

# Request for Prompt Assessment Under Internal Revenue Code Section 6501(d)

*(Please see instructions)*

OMB Clearance Number 1545-0430

TO

Director, Internal Revenue Service
Kansas City, MO 64999-0002

Kind of tax

Income

Tax returns for which prompt assessment of any additional tax is requested

| Form Number | Tax Period Ended | Social Security or Employer Identification Number | Name and Address Shown on Return | Internal Revenue Service Office Where Filed | Date Filed |
|---|---|---|---|---|---|
| 1040 | 1985 | [redacted]8176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-86 |
| 1040 | 1986 | [redacted]8176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-87 |
| 1040 | 1987 | [redacted]8176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-88 |

Remarks

*If applicable, please provide the following information* ▶

Spouse's name *(surviving or deceased)*: Mildred L. Park, deceased

Spouse's social security number: [redacted]9852

If the forms listed above are corporation income tax returns, please check one of the boxes below

- ☐ Dissolution has been completed.
- ☐ Dissolution has begun and will be completed either before or after the 18-month period of limitation.
- ☐ Dissolution has not begun but is expected by the expiration of the 18-month period of limitation; dissolution will begin before the period expires and will be completed either before or after that period expires.

I have attached the following item(s) to help expedite action on my request:

- ☒ Letters testamentary, or
- ☐ Letters of administration
- ☐ Copies of returns listed above *(See **"What to File"** on the back)*
- ☐ Other:

I request a prompt assessment of any additional tax for the kind of tax and periods shown above, as provided by section 6501 (d) of the Internal Revenue Code.

Requester's name and address

Ruth Lucas, Executrix for the Estate of Marvin C. Park
c/o Peter Murphy
428 Tallgrass Circle
Lake Zurich, Illinois 60047

Requester's signature: Ruth Lucas

Date: 4/6/02

Title

Executrix for the Estate of Marvin C. Park

B-171

ISA
STF FED5301F

EXHIBIT "D" Pg. 5

Form **4810** (Rev. 12-1999)

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
PROBATE DIVISION - ___________ DIVISION

IN THE MATTER OF THE ESTATE OF

2002-014
NO. ___________

MARVIN C. PARK, DECEASED

LETTERS TESTAMENTARY

BE IT KNOWN:

That RUTH LUCAS, whose address is 10828 E. Betony Dr., Scottsdale, Arizona 85259, having been duly appointed Executrix of the Estate of MARVIN C. PARK, who died on July 12, 2000, and having qualified as such Executrix, is hereby authorized to act as such Executrix for and in behalf of the estate and to take possession of the property thereof as authorized by law.

ISSUED the 9 day of Jan, ~~2001~~ 2002.

Freddy Burton Probate Clerk

BY: Joan Babbitt
Deputy Clerk

STATE OF ARKANSAS
COUNTY OF SALINE
I HEREBY CERTIFY THIS TO BE A TRUE COPY
OF THE ORIGINAL INSTRUMENT FILED IN THIS OFFICE
ON THE 9 day of Jan, 2002
Freddy Burton COUNTY CLERK
Joan Babbitt Deputy Clerk

@PFDesktop\::ODMA/GRPWISE/LR.PO.Tax_Library:55773.1

EXHIBIT "D" Pg. 6 B-172

Form **4810**
(Rev. Dec 1999)

Department of the Treasury Internal Revenue Service

# Request for Prompt Assessment Under Internal Revenue Code Section 6501(d)

*(Please see instructions)*

OMB Clearance Number 1545-0430

TO

Director, Internal Revenue Service
Kansas City, MO 64999-0002

Kind of tax

Income

Tax returns for which prompt assessment of any additional tax is requested

| Form Number | Tax Period Ended | Social Security or Employer Identification Number | Name and Address Shown on Return | Internal Revenue Service Office Where Filed | Date Filed |
|---|---|---|---|---|---|
| 1040 | 1988 | [redacted]8176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO<br>64999 | 4-15-89 |
| 1040 | 1989 | [redacted]8176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO<br>64999 | 4-15-90 |
| 1040 | 1990 | [redacted]8176 | Marvin C. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO<br>64999 | 4-15-91 |

Remarks

*If applicable, please provide the following Information* ▶

Spouse's name *(surviving or deceased)*: Mildred L. Park, deceased

Spouse's social security number: [redacted]9852

If the forms listed above are corporation income tax returns, please check one of the boxes below

☐ Dissolution has been completed.

☐ Dissolution has begun and will be completed either before or after the 18-month period of limitation.

☐ Dissolution has not begun but is expected by the expiration of the 18-month period of limitation; dissolution will begin before the period expires and will be completed either before or after that period expires.

I have attached the following item(s) to help expedite action on my request:

☒ Letters testamentary, or

☐ Letters of administration

☐ Copies of returns listed above *(See "What to File" on the back)*

☐ Other:

I request a prompt assessment of any additional tax for the kind of tax and periods shown above, as provided by section 6501 (d) of the Internal Revenue Code.

Requester's name and address

Ruth Lucas, Executrix for the Estate of Marvin C. Park
c/o Peter Murphy
428 Tallgrass Circle
Lake Zurich, Illinois 60047

Requester's signature: Ruth Lucas

Date: 4/6/02

Title

Executrix for the Estate of Marvin C. Park

B-173

ISA
STF FED5301F

EXHIBIT "D" Pg. 7

Form **4810** (Rev. 12-1999)

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
PROBATE DIVISION - ____________ DIVISION

IN THE MATTER OF THE ESTATE OF

2002-014
NO. ______________

MARVIN C. PARK, DECEASED

## LETTERS TESTAMENTARY

BE IT KNOWN:

That RUTH LUCAS, whose address is 10828 E. Betony Dr., Scottsdale, Arizona 85259, having been duly appointed Executrix of the Estate of MARVIN C. PARK, who died on July 12, 2000, and having qualified as such Executrix, is hereby authorized to act as such Executrix for and in behalf of the estate and to take possession of the property thereof as authorized by law.

ISSUED the 9 day of Jan, ~~2001~~ 2002.

Freddy Burton Probate Clerk

BY: Joan Babbitt
Deputy Clerk

STATE OF ARKANSAS
COUNTY OF SALINE
I HEREBY CERTIFY THIS TO BE A TRUE COPY
OF THE ORIGINAL INSTRUMENT FILED IN THIS OFFICE
ON THIS 9 day of Jan, 2002
Freddy Burton COUNTY CLERK
Joan Babbitt Deputy Clerk

@PFDesktop\::ODMA/GRPWISE/LR.PO.Tax_Library:55773.1

B-174

EXHIBIT "D" Pg. 8

Form **2848**
(Rev. December 1995)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ For Paperwork Reduction and Privacy Act Notice, see the instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer Information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Marvin C. and Mildred L. Park<br>17 Tenerife Way<br>Hot Springs Village, AR 71909 | [redacted]8176<br>[redacted]9852<br>Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>515 Post Oak Boulevard, Suite 500<br>Houston, Texas 77027-9408-150 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address<br>Sallie W. Gladney<br>515 Post Oak Boulevard, Suite 500<br>Houston, Texas 77027-9408-150 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax Matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending December 31 |
| | | 1985, 1986, 1987, 1988, 1989, 1990, |
| | | 1991, 1992, 1993, 1994, 1995, 1996 |

**4 Specific Use Not Recorded on Centralized Authorization File (CAF).**—If the power of attorney is for a specific use not recorded on CAF, check this box. (See **Line 4 — Specific uses not recorded on CAF** on page 3.) . . . . . . . . . ▶ ☐

**5 Acts Authorized.**—The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described in line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to subsitute another representative unless specifically added below, or the power to sign certain returns (see **Line 5 — Acts Authorized** on page 4).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes, but is not limited to, authorization to exercise the taxpayer's rights under I.R.C. § 6103(e)(1)(C), relative to forms 1065 for partnerships in which the taxpayer(s) is a partner.

Note: *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

Note: *The tax matters partner/person of a partnership or S corporation is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of Refund Checks.**—If you want to authorize a representative named in line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

ISA



EXHIBIT "D" Pg. 9

B-175

7 **Notices and Communications.**—Original notices and other written communications will be sent to you and a copy to the first representative listed in line 2 unless you check one or more of the boxes below.

a If you also want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box . . . ▶ ☐

c If you do not want any notices or communications sent to your representative, check this box . . . ▶ ☐

8 **Retention/Revocation of Prior Power(s) of Attorney.**—The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . ▶ ☐

YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.

9 **Signature of Taxpayer(s).**—If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner/person, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

Marvin C Park (signature) — 6/11/96

Signature — Date — Title (if applicable)

Marvin C. Park

Print Name

Mildred L Park (signature) — 6-11-96

Signature — Date — Title (if applicable)

Mildred L. Park

Print Name

**Part II** Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(a)(7) of Treasury Department Circular No. 230.

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.

| Designation—Insert above letter (a-h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | Thomas E. Redding (signature) | 6/28/96 |
| A | Texas | Dallie W. Blackney (signature) | 7/8/96 |
| | | | |

EXHIBIT "D" Pg. 10

B-176

STF FED4675F 2

REDDING & ASSOCIATES, P.C.
ATTORNEYS AT LAW
2914 West T.C. Jester
Houston, Texas 77018-7010
Telephone: (713) 965-9244 • Telecopier: (713) 621-5227

Thomas E. Redding, J.D.
Sallie W. Gladney, J.D.

Teresa J. Womack, J.D.
Brett A. Thompson, J.D., C.P.A.

May 28, 2002

**EXPRESS MAIL**
**RETURN RECEIPT REQUESTED**

EL498528501US

Director, Internal Revenue Service
Kansas City, MO 64999-0002

Re: Mildred L. Park, Deceased; SSN [redacted]9852

Dear Sir:

Enclosed please find Forms 4810 Requests for Prompt Assessment Under Internal Revenue Code Section 6501(d), with attachments, for tax years 1982 through 1990, inclusive, for the above referenced taxpayer. A copy of my Form 2848 Power of Attorney is also enclosed.

Should you have any questions on this matter please call me at (713) 965-9244.

Very Truly Yours,

REDDING & ASSOCIATES, P.C.

Sallie W. Gladney

Sallie W. Gladney

Enclosures: Forms 4810 w/ attachments (3)
Form 2848 Power of Attorney

B-177

EXHIBIT "E" Pg 1.

R:\DOCS\CORRESP.Q\QGGL5282.PA2.wpd

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Director
Internal Revenue Service
Kansas City, MO 64999-0002

Mildrec L. Park

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X EB Mabbott ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) EB Mabbott

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) EL 498528501 US

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

Form **2848**
(Rev. December 1995)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ For Paperwork Reduction and Privacy Act Notice, see the instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer Information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Marvin C. and Mildred L. Park<br>17 Tenerife Way<br>Hot Springs Village, AR 71909 | [redacted]8176<br>[redacted]9852 | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>515 Post Oak Boulevard, Suite 500<br>Houston, Texas 77027-9408-150 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| Sallie W. Gladney<br>515 Post Oak Boulevard, Suite 500<br>Houston, Texas 77027-9408-150 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax Matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending December 31 |
| | | 1985, 1986, 1987, 1988, 1989, 1990, |
| | | 1991, 1992, 1993, 1994, 1995, 1996. |

**4 Specific Use Not Recorded on Centralized Authorization File (CAF).**—If the power of attorney is for a specific use not recorded on CAF, check this box. (See **Line 4 — Specific uses not recorded on CAF** on page 3.) . . . . . . . . . . ▶ ☐

**5 Acts Authorized.**—The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described in line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to subsitute another representative unless specifically added below, or the power to sign certain returns (see **Line 5 — Acts Authorized** on page 4).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes, but is not limited to, authorization to exercise the taxpayer's rights under I.R.C. § 6103(e)(1)(C), relative to forms 1065 for partnerships in which the taxpayer(s) is a partner.

Note: *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

Note: *The tax matters partner/person of a partnership or S corporation is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of Refund Checks.**—If you want to authorize a representative named in line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

ISA



EXHIBIT "E" Pg. 3 B-179

7 **Notices and Communications.**—Original notices and other written communications will be sent to you and a copy to the first representative listed in line 2 unless you check one or more of the boxes below.

a If you also want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative, check this box ▶ ☐

8 **Retention/Revocation of Prior Power(s) of Attorney.**—The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☐

YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.

9 **Signature of Taxpayer(s).**—If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner/person, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

Marvin C Park (signature) — Signature | 6/11/96 — Date | Title (if applicable)

Marvin C. Park — Print Name

Mildred L Park (signature) — Signature | 6-11-96 — Date | Title (if applicable)

Mildred L. Park — Print Name

**Part II** Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(a)(7) of Treasury Department Circular No. 230.

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.

| Designation—Insert above letter (a-h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | Thomas E. Redding (signature) | 6/28/96 |
| A | Texas | Sallie W. Gladney (signature) | 7/8/96 |
| | | | |

B-180

EXHIBIT "E" Pg. 4

Form **4810**
(Rev. Dec 1999)

Department of the Treasury Internal Revenue Service

# Request for Prompt Assessment Under Internal Revenue Code Section 6501(d)

*(Please see instructions)*

OMB Clearance Number 1545-0430

TO

Director, Internal Revenue Service
Kansas City, MO 64999-0002

Kind of tax: Income

Tax returns for which prompt assessment of any additional tax is requested

| Form Number | Tax Period Ended | Social Security or Employer Identification Number | Name and Address Shown on Return | Internal Revenue Service Office Where Filed | Date Filed |
|---|---|---|---|---|---|
| 1040 | 1982 | ~~[redacted]8176~~ [redacted]9852 | Mildred L. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-83 |
| 1040 | 1983 | ~~[redacted]8176~~ [redacted]9852 | Mildred L. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-84 |
| 1040 | 1984 | ~~[redacted]8176~~ [redacted]9852 | Mildred L. Park<br>230 Caroline Avenue<br>Elmhurst, IL 60126 | Kansas City, MO 64999 | 4-15-85 |

Remarks

*If applicable, please provide the following Information* ▶

Spouse's name *(surviving or deceased)*: Marvin C. Park, deceased

Spouse's social security number: [redacted]176

If the forms listed above are corporation income tax returns, please check one of the boxes below

- ☐ Dissolution has been completed.
- ☐ Dissolution has begun and will be completed either before or after the 18-month period of limitation.
- ☐ Dissolution has not begun but is expected by the expiration of the 18-month period of limitation; dissolution will begin before the period expires and will be completed either before or after that period expires.

I have attached the following item(s) to help expedite action on my request:

- ☐ Letters testamentary, or
- ☐ Letters of administration
- ☐ Copies of returns listed above *(See "What to File" on the back)*
- ☒ Other: 1. Last Will and Testament
  2. Small Estate Affidavit

Requester's name and address

Bonnie S. Murphy, Executrix for the Estate of Mildred L. Park
c/o Peter Murphy
428 Tallgrass Circle
Lake Zurich, Illinois 60047

I request a prompt assessment of any additional tax for the kind of tax and periods shown above, as provided by section 6501 (d) of the Internal Revenue Code.

Requester's signature: Bonnie S. Murphy

Date: 4/8/02

Title: Executrix for the Estate of Mildred L. Park

B181

STATE OF ILLINOIS )

LAKE COUNTY ) ss

)

I, Sally D. Coffelt, Clerk of the Circuit Court of the Nineteenth Judicial Circuit of Illinois in and for said County in the State of aforesaid and keeper of the records and seal thereof , do hereby certify the foregoing to be a true perfect and complete copy of an instrument purporting to be the Last Will of,MILDRED L. PARK, deceased filed DECEMBER 19,2001.

In testimony whereof I have hereunto set my hand and affixed the seal of said Court at my office in Waukegan in said County this 21st day of December, A.D. 2001

EXHIBIT "E" Pg. 6 B182

# LAST WILL AND TESTAMENT
# OF
# MILDRED L. PARK

I, **MILDRED L. PARK**, of Lake Barrington Woods, Illinois, being of sound and disposing mind and memory, do make, publish and declare this to be my Last Will and Testament, hereby revoking and annulling any and all prior Wills and Codicils by me made.

## ARTICLE I

### Personal Effects

I give and bequeath all of my personal and household effects of every kind including but not limited to boats, automobiles, and other vehicles, household furniture and furnishings, silverware, china, glass, books, pictures, jewelry, watches, and wearing apparel which I own at the date of my death, together with all insurance policies which are in force at the date of my death insuring any of the herein bequeathed property against any loss or liability, to my children who shall survive me by thirty (30) days, to be divided among them as they shall agree. If my children do not agree to the division of the said property among themselves, my Executor shall make such division among them, the division by my Executor to be in all respects binding upon my issue. There shall be no adjustment among my then living children in the event any child shall receive under this provision property of greater value than another child. I may leave a memorandum listing some or all of the items provided in this Article I that I wish certain persons to have and request that my wishes as set forth in the memorandum be observed.

## ARTICLE II

### Debts, Expenses and Taxes

I direct my Executor to pay out of the principal of my estate passing hereunder, after satisfaction of any gifts made pursuant to Article I, all my just debts (except such of them as shall be secured by any mortgage, lien or other encumbrance and/or which shall not have become due and payable at the date of my death), funeral expenses and costs of administration, including ancillary administration. My Executor shall also pay out of the principal of my estate after satisfaction of any gifts made in Article