Docket No. 16434-96 (Continuation Page 3) 01/14/08 INDEX

| | | |
|---|---|---|
| Terice B. Clark | NO. 2 | Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Jay E. Frieling<br>Shirley M. Frieling | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Joseph H. Goldfarb<br>Barbara E. Goldfarb | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Patricia A. Grever | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| John R. Griffiths<br>Ann M. Griffiths | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Julius Jaffe<br>Blanche Jaffe | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates |

B-510

2914 West T.C. Jester

(Continued to page 4)

B-511

Docket No. 16434-96 (Continuation Page 4) 01/14/08 INDEX

| | | |
|---|---|---|
| | | Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Howard S. Lapidos<br>Ilene S. Lapidos | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Michael B. Lewiston<br>Iris Lewiston | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| David M. Phelan | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Rudolph A. Robinson | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney, Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Charles H. Straight, Jr.<br>Charisse L. Straight, Jr. | RT0167<br>NO. 2 | Redding, Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester |

B-512

Houston, TX 77018

(Continued to page 5)

B-513

Docket No. 16434-96 (Continuation Page 5) 01/14/08 INDEX

| | | |
|---|---|---|
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| R. Norman Stone<br>Peggy J. Stone | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Bert R. Vanderzee<br>Frances Vanderzee | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Thomas C. Gay<br>Nancy J. Gay | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Sushil Mehrotra<br>Sumila Mehrotra | RT0167<br>NO. 1 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/30/96 | PF | PETITION Filed:Fee Paid | | R 08/01/96 | |
| 0002 | 07/31/96 | OCA | ORDER that caption of case is amended. | | B 08/01/96 | |
| 0003 | 08/09/96 | DPT | DESIGNATION of Trial at Miami, FL | | B 08/13/96 | C |
| 0004 | 08/12/96 | O | ORDER petr. by 9/12/96 file not. of ID of TMP. | | B 08/13/96 | C |
| 0005 | 08/30/96 | NOT | NOTICE by Petr. of ID of William | | | |

B-514

Tauskey as TMP. R 09/04/96

(Continued to page 6)

B-515

01/14/08

Docket No. 16434-96 (Continuation Page 6)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| 0006 | 09/23/96 | ACS | ANSWER (C/S 09/20/96). | | | | |
| 0007 | 09/25/96 | MISC | AMENDED C/S 9/25/96 of answer. | | | | |
| 0008 | 09/25/96 | O | ORDER TMP, William Tauskey address is changed. | | | B 09/26/96 | |
| 0009 | 10/03/96 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Gary H. & Amy E. Arizala; Roger & Barbara Berlin; Paul A. & Margaret C. Brown; Donald M. & Karen S. Browning, Jr.; Donald M. & Edith D. Browning, Sr.; James R. & Charlene R. Browning; David A. & Terice B. Clark; Jay E. & Shirley M. Frieling; Joseph H. & Barbara E. Goldfarb; James A. & Patricia A. Grever; John R. & Ann M. Griffiths; Julius & Blanche Jaffe; Howard S. & Ilene S. Lapidos; Michael B. & Iris Lewiston; Marvin C. & Mildred L. Park; David M. Phelan; Rudolph A. Robinson; Charles H. & Charisse L. Straight, Jr.; R. Norman & Peggy J. Stone; Bert R. & Frances Vanderzee; Merrill F. & Elizabeth J. Wymer; Thomas C. & Nancy J. Gay; William A. Tauskey, Sr.; and Sushil & Sumila Mehrotra to participate. (C/S 9/28/96) | | | | |
| 0010 | 10/10/96 | ATP | AMENDMENT TO PETITION by participants filed. | | | B 10/10/96 | |
| 0011 | 10/10/96 | MOT | MOTION by participants to change place of trial to Houston, TX. (N.Obj - Resp & Petr.) (C/S 10/2/96) | GR | 10/18/96 | B 10/18/96 | |
| 0012 | 11/07/96 | NTD | NOTICE of Trial on 04/14/97 at Houston, TX. | | | B 11/07/96 | C |
| 0013 | 11/07/96 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | | B 11/07/96 | C |
| 0014 | 12/04/96 | A | ANSWER TO AMENDMENT TO PETITION. (C/S 11/27/96) | | | | |
| 0015 | 12/18/96 | MOTR | MOTION by resp. to continue trial generally. (C/S 12/17/96) | GR | 12/18/96 | B 12/19/96 | |
| 0016 | 04/10/97 | NTD | NOTICE of Trial on 09/15/97 at Houston, TX. | | | B 04/10/97 | C |
| 0017 | 04/10/97 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | | B 04/10/97 | C |
| 0018 | 07/21/97 | MOT | MOTION by certain participants & TMP to continue trial. (N.Obj. Resp.) (C/S 7/18/97) | ORD | 08/28/97 | | |
| 0019 | 07/21/97 | MOT | MOTION by certain participants & TMP for partial summ. judg. re: ownership & economic substance of equipment. (C/S 7/18/97) | ORD | 08/28/97 | | |
| 0020 | 07/21/97 | MOT | MOTION by certain participants & TMP for partial summ. judg. re: profit motive. (C/S 7/18/97) | ORD | 08/28/97 | | |
| 0021 | 07/21/97 | MOT | MOTION by certain participants & TMP to dismiss for LOJ. (Invalid FFPA) (C/S 7/18/97) | ORD | 08/28/97 | | |

(Continued to page 7)

B-516

Docket No. 16434-96 (Continuation Page 7) 01/14/08

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0022 | 07/21/97 | MOT | MOTION by Participants Merrill & Elizabeth Wymer to dismiss themselves & to strike. w/Ex. (Per Judge) | ORD 08/28/97 | B 07/25/97 | C |
| 0023 | 07/24/97 | O | ORDER resp. by 8/18/97 file responses to participants mots. filed 7/21/97. | | B 07/25/97 | C |
| 0024 | 08/28/97 | MOT | MOTION by certain participants & TMP to withdraw mots. for part. summ. judg. & mots. to dismiss filed 7-21-97. (N.Obj.) (C/S 8-27-97) | ORD 08/28/97 | | |
| 0025 | 08/28/97 | O | ORDER participants & TMP mot to withdraw & mot to continue are granted. Trial is continued generally. 7-24-97 order is vacated & set aside. | | B 08/29/97 | |
| 0026 | 09/17/97 | NTD | NOTICE of Trial on 02/23/98 at Houston, TX. | | B 09/17/97 | C |
| 0027 | 09/17/97 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 09/17/97 | C |
| 0028 | 10/27/97 | MISC | UNOPPOSED MOTION by all participants except Mehrotra's for expedited assignment of a division of the court. (C/S 10-22-97) | ORD 11/25/97 | | |
| 0029 | 10/27/97 | MISC | UNOPPOSED MOTION by all participants except Mehrotra's for continuance of trial generally. | GR 11/20/97 | B 11/26/97 | C |
| 0030 | 11/25/97 | OAJ | ORDER that case is assigned to Judge Laro. 10-27-97 mot. Gr. | ORD 10/13/99 | B 11/26/97 | C |
| 0031 | 01/14/98 | O | ORDER parties by 2/17/98 file status reports. | | B 01/15/98 | C |
| 0032 | 01/30/98 | MOT | MOTION by all participants except Tauskey, Griffiths' Lapidos', Park's, Robinson's Wymer's, Gay's & Mehrotra's for entry of order to compel resp. to extend offers of consistent settlement to said participants. w/Exs. (C/S 1-27-98) | ORD 06/12/98 | | |
| 0033 | 01/30/98 | MOT | MOTION by participant, Wymer's to determine this Court's jurisdiction as to them. W/Exs. & Attachment (C/S 1-27-98) | DN 04/03/98 | B 04/06/98 | C |
| 0034 | 01/30/98 | MOT | MOTION by all participants except Mehrotra's to dismiss for LOJ re: Validity of the FPAA. (C/S 1-27-98) | DN 04/03/98 | B 04/06/98 | C |
| 0035 | 01/30/98 | MOT | MOTION by all participants except Mehrotra's for partial summary judgment re: Profit Motive. (C/S 1-27-98) | DN 04/03/98 | B 04/06/98 | C |
| 0036 | 01/30/98 | MOT | MOTION by all participants except Mehrotra's for partial summary judgment re: the ownership of & economic substance of their investment in the equipment. (C/S 1-27-98) | DN 04/03/98 | B 04/06/98 | C |

(Continued to page 8)

B-517

01/14/08

Docket No. 16434-96 (Continuation Page 8)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| 0037 | 01/30/98 | MOT | MOTION by all participants except Mehrotra's to dismiss for LOJ as to nonpartnership items & to strike. (C/S 1-27-98) | DN | 04/03/98 | B 04/06/98 | C |
| 0038 | 02/02/98 | MOT | MOTION by Participants to Amend Petition. (2nd Am. to Pet. Ld.) (C/S 1/28/98) | GR | 02/04/98 | B 02/05/98 | C |
| 0039 | 02/03/98 | O | ORDER parties by 2/25/98 file response to participants mot. to dismiss as to nonpartnership items & to strike. | | | B 02/04/98 | C |
| 0040 | 02/03/98 | O | ORDER parties by 2/25/98 file response to participants mot. for partial summ. judg. re: ownership of & economic substance of their investment in the equipment. | | | B 02/04/98 | C |
| 0041 | 02/03/98 | O | ORDER parties by 2/25/98 file response to participants mot. for partial summ. judg. re: profit motive. | | | B 02/04/98 | C |
| 0042 | 02/03/98 | O | ORDER parties by 2/25/98 file rsponse to participants mot. to dismiss re: Validity of FPAA. | | | B 02/04/98 | C |
| 0043 | 02/03/98 | O | ORDER parties by 2/25/98 file response to mot. to determine this Court's Jurisdiction as to Merrill & Elizabeth J. Wymer. | | | B 02/04/98 | C |
| 0044 | 02/03/98 | O | ORDER parties by 2/25/98 file response to participants mot. for entry of ord. to compel resp. to extend offers of consistent settlement. | | | B 02/04/98 | C |
| 0045 | 02/04/98 | ATP | AMENDMENT TO PETITION (2nd.) | | | R 02/05/98 | |
| 0046 | 02/09/98 | RPT | REPORT by Petr. (C/S 2-3-98) (Per Judge) | | | | |
| 0047 | 02/17/98 | RPT | REPORT by Resp. (C/S 2/13/98) | | | | |
| 0048 | 02/23/98 | RPT | REPORT by participants. (C/S 2/17/98) (p.m.t.) | | | | |
| 0049 | 03/13/98 | O | ORDER time ext. to 3/20/98 to comply with 2/3/98 orders. | | | B 03/16/98 | C |
| 0050 | 03/20/98 | RESP | RESPONSE by resp. to certain participants mot to determine status (jurisdiction) as to parties. (C/S 3/19/98) | | | | |
| 0051 | 03/20/98 | RESP | RESPONSE by resp. to certain participants mot. for partial summ. judgment re; Profit Motive. (C/S 3/19/98) | | | | |
| 0052 | 03/20/98 | MEMO | MEMORANDUM OF LAW by resp. in support of response to mot. for partial summ. judgment. (C/S 3/19/98) | | | | |
| 0053 | 03/20/98 | RESP | RESPONSE by resp. to certain participants mot. for partial summ. judgment re: ownership & economic substance of their | | | | |

(Continued to page 9)

B-518

Docket No. 16434-96 (Continuation Page 9) 01/14/08

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | investment in the equipment. (C/S 3/19/98) | | | |
| 0054 | 03/20/98 | MEMO | MEMORANDUM OF LAW by resp. in support of response to mot. for partial summ. judgment re: ownership & economic substance of their investment. (C/S 3/19/98) | | | |
| 0055 | 03/20/98 | RESP | RESPONSE by resp. to certain participants mot. to dismiss for LOJ as to non-partnership items & to strike. (C/S 3/19/98) | | | |
| 0056 | 03/23/98 | RESP | RESPONSE by resp. to certain participants mot to dismiss re: validity of the FPAA. (C/S 3-20-98) (leave gr.) | | | |
| 0057 | 03/23/98 | RESP | RESPONSE by resp. to certain participants mot for entry of order to compel. (C/S 3-20-98) (leave gr.) | | | |
| 0058 | 03/23/98 | MEMO | MEMORANDUM OF LAW by resp. in support of response to mot for entry of order to compell. (C/S 3-20-98) (leave gr.) | | | |
| 0059 | 04/03/98 | A | ANSWER TO AMENDMENT TO PETITION. (2nd) (4/1/98) | | | |
| 0060 | 05/01/98 | EA | ENTRY OF APPEARANCE by Sallie W. Gladney for TMP & all participants except Mehorotra's. | | R 05/04/98 | |
| 0061 | 06/12/98 | O | ORDER mot. filed 1-30-98 re:order to compel resp. to ext. offers of settlement is gr. to the extent that Resp. offer movants the settlement terms contained herein. | | B 06/18/98 | C |
| 0062 | 08/24/98 | NOT | NOTICE by Thomas E. Redding for Participating Partners of death of TMP, William A. Tauskey, Sr. (C/S 8-19-98) | | | |
| 0063 | 09/01/98 | O | ORDER parties by 9/30/98 file joint report & memorandum. | | B 09/02/98 | C |
| 0064 | 11/02/98 | RPT | REPORT by resp. & certain participants except Lapidos. (leave gr.) (Per Judge) | | P 11/17/98 | C |
| 0065 | 11/02/98 | MEMO | MEMORANDUM of Issues by resp. (leave gr.) (Per Judge) | | P 11/17/98 | C |
| 0066 | 11/02/98 | MEMO | MEMORANDUM of Issues by certain participants except Lapidos. (leave gr.) (Per Judge) | | B 11/17/98 | C |
| 0067 | 11/16/98 | O | ORDER parties by 12-28-98 file report. | | B 11/17/98 | C |
| 0068 | 01/04/99 | RPT | REPORT by TMP & certain participants except Lapidos. (C/S 12/28/98) (p.m.t.) | | | |
| 0069 | 01/06/99 | RPT | REPORT by resp. (Leave Gr.) | | P 01/19/99 | C |
| 0070 | 01/15/99 | O | ORDER parties by 3-5-99 file report. | | B 01/19/99 | C |

B-519

0071 02/09/99 O ORDER participants by 3/12/99

(Continued to page 10)

B-52D

01/14/08

Docket No. 16434-96 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | file mot. to remove & appoint successor TMP. | | B 02/11/99 | C |
| 0072 | 03/05/99 | RPT | REPORT by resp. (C/S 3/4/99) | | | |
| 0073 | 03/08/99 | RPT | REPORT by TMP & participants. (C/S 3/5/99) (p.m.t.) | | | |
| 0074 | 03/12/99 | MOT | MOTION by TMP & participants for reconsideration of court's 2/9/99 order. (C/S 3/11/99) | DN 03/16/99 | B 03/18/99 | C |
| 0075 | 03/12/99 | MOT | MOTION by TMP & participants to enlarge time to file mot. to remove & appoint successor tax matters partner until 30 after action on mot. to reconsider. (C/S 3/11/99) | DN 03/16/99 | B 03/18/99 | C |
| 0076 | 03/15/99 | MOT | MOTION by participants to remove William Tauskey, Jr & appoint James A. Grever as successor tax matters partner. (C/S 3/12/99) (p.m.t.) | ORD 03/30/99 | | |
| 0077 | 03/17/99 | O | ORDER resp. by 3/29/99 file response to mot. to remove & appoint successor TMP. | | B 03/18/99 | C |
| 0078 | 03/29/99 | RESP | RESPONSE by parts. to 3-15-99 mot. (Per Judge) | | B 04/01/99 | C |
| 0079 | 03/30/99 | O | ORDER 3-15-99 mot. is Gr., & William A. Tauskey, Sr., is removed as TMP & James A. Grever is appointed as the successor TMP. | | B 04/01/99 | C |
| 0080 | 08/19/99 | O | ORDER parties by 9/15/99 file report. | | B 08/23/99 | C |
| 0081 | 08/23/99 | NCA | NOTICE of Change of Address for attorneys Thomas E. Redding & Sallie W. Gladney. (C/S 8/18/99) | | | |
| 0082 | 09/07/99 | RPT | REPORT by Petr. (C/S 8-31-99) | | | |
| 0083 | 09/14/99 | RPT | REPORT by TMP, participants & resp. (Per Judge) | | P 10/14/99 | |
| 0084 | 10/13/99 | O | ORDER case no longer assigned, restored to general docket. | GD 10/13/99 | B 10/14/99 | |
| 0085 | 12/08/99 | NTD | NOTICE of Trial on 05/15/00 at Houston, TX. | | B 12/08/99 | C |
| 0086 | 12/08/99 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 12/08/99 | C |
| 0087 | 03/29/00 | RAR | REQUEST FOR ADMISSIONS by Resp. (C/S 03/28/00) (Leave Gr.) | | | |
| 0088 | 03/30/00 | O | ORDER petr. by 4/28/00 file response to request for admissions. | | B 03/30/00 | C |
| 0089 | 03/31/00 | MOT | MOTION by participants for clarification & amendment of Court's 6/12/98 order regarding consistent settlement. (Per Judge) | ORD 04/25/00 | B 04/27/00 | C |

(Continued to page 11)

B-521

Docket No. 16434-96 (Continuation Page 11) 01/14/08

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0090 | 03/31/00 | MOT | MOTION by all participants except Mehorotra's to continue trial. (Per Judge) | ORD 04/25/00 | B 04/27/00 | C |
| 0091 | 04/13/00 | RRAP | RESPONSE TO REQ. FOR ADMISSIONS by Petr.(C/S 04/07/00) | | | |
| 0092 | 04/25/00 | OJR | ORDER that jurisdiction is retained by Judge Gerber Parties by 7/24/00 file report or submit dec. docu. Mot. to cont. is Gr. & trial is cont. Mot. for clarification filed 3/31/00 is deemed moot. | | B 04/27/00 | C |
| 0093 | 08/09/00 | RPT | REPORT by Resp. & participants. (per Judge) | | P 08/10/00 | C |
| 0094 | 09/28/00 | MOT | MOTION by TMP, Grever, for order directing service. (C/S 9/27/00) (Per Judge) | ORD 10/20/00 | | |
| 0095 | 10/20/00 | O | ORDER mot. for order directing service Gr. to the extent that his notification of individuals provided by Resp. satisfy Rule 248(b). | | B 10/23/00 | C |
| 0096 | 04/16/01 | MOT | MOTION by participants, Merrill F. & Elizabeth J. Wymer to dismiss for LOJ. (C/S 4/12/01) | ORD 04/24/01 | | |
| 0097 | 04/16/01 | MOT | MOTION by Thomas E. Redding for Participant Marvin C. & Mildred L. Park to dismiss. (C/S 4-12-01) (Per Judge) | ORD 04/26/01 | | |
| 0098 | 04/24/01 | O | ORDER mot. by participants, Wymer to dismiss is Gr. in that case is dismissed for LOJ on the ground that their partnership items converted to nonpartnership items & references to Wymers are considered stricken. | | B 04/25/01 | C |
| 0099 | 04/26/01 | O | ORDER Mot to dismiss participants Park is granted in that the participation of Marvin C. Park (Deceased) & Mildred L. Park (Deceased) is stricken. | | B 04/27/01 | C |
| 0100 | 08/30/01 | MOTR | MOTION by resp. for entry of decision. C/S 8/29/0 (R-In-F 2-6-02) | GR 12/05/01 | B 12/07/01 | C |
| 0101 | 12/07/01 | DEC | DECISION ENTERED, Judge Gerber (R-In-F 2-6-02) | | B 12/07/01 | C |

B-522

IRS Department of the Treasury
Internal Revenue Service
P.O. BOX 0630
HOLTSVILLE NY 11742-0630

71039167440480240367

In reply refer to: 0179305439
Sep. 26, 2005 LTR 3022C 0
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 198512 30 000 H
12315
BODC: SB

MARVIN C & MILDRED L PARK
MILDRED L PARK
1171 O MALLEY DR
LAKE ZURICH IL 60047-1467717

CERTIFIED MAIL

| | | |
|---|---|---|
| Taxpayer Identification Number: | [redacted]8176 | |
| Kind of Tax: | 1040 | |
| Amount of Claims(s): | $ 23,514.31 | 65,652.97 |
| Date Claim(s) Received: | Aug. 10, 2005 | |
| Tax Period(s): | Dec. 31, 1985 | Dec. 31, 1986 |

Dear Taxpayer:

We're sorry, but we can't allow your request to remove the interest we charged on your account for the tax period(s) shown above. This letter is your legal notice that we have fully disallowed your claim for the following reason(s):

A review of our records and the information you sent us doesn't show us that the interest we charged is due to an error or delay caused by the Internal Revenue Service in the performance of a ministerial act. A ministerial act is a procedural or mechanical act that doesn't involve the exercise of judgment or discretion and that occurs during processing after all prerequisites have taken place.

This is NOT the I.R.S.'s final determination. If you do not accept our findings, you may request reconsideration with Our Appeals Office. To do so we must receive your request in writing within 30 days from the date of this letter.

If you want to appeal, the following information will assist you.

APPEALS PROCEDURES

If you have additional information and want to have an Appeals Officer consider this further, you must send a brief written statement of the disputed issues to the Service Center Interest Abatement Coordinator. It should include:

1. A statement that you want to appeal the findings to an Appeals officer;

2. Your name, address and a telephone number where you can be

B-523

PLAINTIFFS' EXHIBIT
7
USCFC 06-852