# In the United States Court of Federal Claims

* * * * * * *

RUTH C. LUCAS, Executrix of the Estate of Marvin C. Park, and BONNIE S. MURPHY, Executrix of the Estate of Mildred L. Park, *

Plaintiffs, * No. 06-852T

v. * Filed: January 18, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff filed its Motion for Summary Judgment on January 14. RCFC 56(h)(1) states:

> The following procedures shall be followed with respect to motions for summary judgment: (1) The moving or cross-moving party shall file, *together with its motion*, a separate document titled *Proposed Findings of Uncontroverted Fact*. This document shall contain concise, separately numbered paragraphs setting forth all of the material facts upon which the party bases its motion and as to which the party believes there is no genuine dispute. Each paragraph shall contain citations to the opposing party's pleadings or to documentary evidence, such as affidavits or exhibits, filed with the motion or otherwise part of the record in the case.

RCFC 56(h)(1) (emphasis added). Plaintiff did not file proposed findings with its motion for summary judgment. Plaintiff will file this document no later than Monday, January 28.

RCFC 56(h)(2) contains the requirements for the opposing party's response. It states:

> The opposing party shall file, together with its opposition, a response to the requested findings by indicating, immediately below each finding, whether it agrees or disagrees with the finding as stated. If the opposing party does

> not agree with the proposed finding, it shall note the basis for its objection and may draft a proposed revision of the finding directly below the challenged finding. The opposing party may also file proposed findings of uncontroverted fact as to any relevant matters not covered by the moving party's statement. Such additional statements of proposed findings shall be set forth with the proposed findings applicable to any cross-motion, but in the absence of a cross-motion shall be set forth in a separate document. Responses to such additional proposed findings shall be filed in a format which conforms to the instructions noted above.

Defendant's Cross-Motion for Summary Judgment and/or Motion to Dismiss will be due twenty-eight (28) days after plaintiff files its proposed findings. Additional responses or replies, if necessary, will be filed according to RCFC 7.2(c).

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge