No. 06-852 T
(Judge Robert H. Hodges, Jr.)

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

RUTH C. LUCAS, Executrix of the Estate of Marvin C. Park, and
BONNIE S. MURPHY, Executrix of the Estate of Mildred L. Park,

Plaintiffs,

v.

THE UNITED STATES,

Defendant

**APPENDIX TO DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF ITS CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

NATHAN J. HOCHMAN
Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
JOSEPH B. SYVERSON
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P. O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508
(202) 514- 9440

**TABLE OF CONTENTS**

**Attachments:**

Attachment A: Defendant's First Requests For Admissions

Attachment B: Plaintiffs' Responses to Defendant's First Set of Requests for Admissions

**Exhibits:**

Exhibit 1: Petition filed with the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

Exhibit 2: Answer filed with the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

Exhibit 3: Notice of Election to Participate filed with the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

Exhibit 4: First Amendment to Petition filed with the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

Exhibit 5: Answer to First Amendment to Petition filed with the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

Exhibit 6: Motion to Dismiss as Participating Partners filed with the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

**Exhibits (Continued):**

Exhibit 7: Order, dated April 26, 2001, entered by the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

Exhibit 8: Motion for Entry of Decision filed with the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

Exhibit 9: Decision entered by the United States Tax Court in *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)

Exhibit 10: Docket Sheet for *Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, Aaron Amarnick, Personal Representative, a Partner other than the Tax Matters Partner v. Commissioner of Internal Revenue*, No. 16434-96 (U.S. Tax Ct.)