IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RUTH C. LUCAS,<br>Executrix of the Estate of<br>Marvin C. Park, and | §<br>§<br>§<br>§ | |
| BONNIE S. MURPHY,<br>Executrix of the Estate of<br>Mildred L. Park<br>Plaintiffs, | §<br>§<br>§<br>§ | CIVIL NO. 06-852 T |
| v. | §<br>§<br>§ | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA<br><br>Defendant. | §<br>§<br>§ | |

**PLAINTIFFS' RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS**

Plaintiffs hereby respond to Defendant's first set of requests for admission as follows:

1. Prior to the date the original petition was filed with the United States Tax Court in *Crystal Star Eagle v. Commissioner*, William A. Tauskey, Sr. was appointed the TMP for Crystal Star Eagle pursuant to Section 6231(a)(7) of the Internal Revenue Code.

**ANSWER:** Admit.

2. By order dated March 30, 1999, the Court in *Crystal Star Eagle v. Commissioner* replaced William A. Tauskey, Sr., with James A. Grever as the TMP for Crystal Star Eagle.

**ANSWER:** Admit.

3. No other persons besides William A. Tauskey, Sr., and James A Grever served as the TMP of Crystal Star Eagle at any time prior to May 28, 2002.

**ANSWER:** After reasonable inquiry, the information known and readily available to the Plaintiffs is insufficient to enable them to either admit nor deny this request.

R:\DOCS\TAXCONT.T\TGRRD107.PA2.wpd

4. Before May 28, 2002, the Internal Revenue Service mailed William A. Tauskey, Sr., a copy of the FPAA for Crystal Star Eagle for the taxable year ending 1985 that was the subject of the proceedings in *Crystal Star Eagle v. Commissioner*.

**ANSWER:** After reasonable inquiry, the information known and readily available to the Plaintiffs is insufficient to enable them to either admit nor deny this request.

5. Before May 28, 2002, the Internal Revenue Service mailed William A. Tauskey, Sr., a copy of the FPAA for Crystal Star Eagle for the taxable year ending 1986 that was the subject of the proceedings in *Crystal Star Eagle v. Commissioner*.

**ANSWER:** After reasonable inquiry, the information known and readily available to the Plaintiffs is insufficient to enable them to either admit nor deny this request.

6. Before May 28, 2002, the Internal Revenue Service mailed James A. Grever a copy of the FPAA for Crystal Star Eagle for the taxable year ending 1985 that was the subject of the proceedings in *Crystal Star Eagle v. Commissioner*.

**ANSWER:** After reasonable inquiry, the information known and readily available to the Plaintiffs is insufficient to enable them to either admit nor deny this request.

7. Before May 28, 2002, the Internal Revenue Service mailed James A. Grever a copy of the FPAA for Crystal Star Eagle for the taxable year ending 19856 that was the subject of the proceedings in *Crystal Star Eagle v. Commissioner*.

**ANSWER:** After reasonable inquiry, the information known and readily available to the Plaintiffs is insufficient to enable them to either admit nor deny this request.

8. Attached as Exhibit A is a true and correct copy of a Protest, with attachments, filed by plaintiff Mildred L. Park, deceased, with the Internal Revenue Service.

**ANSWER:** Admit, with the caveat that the second page of Exhibit A was not mailed with the Protest but is instead a photocopy of the proof of mailing and receipt.

Date: 12-14-07

Sallie W. Gladney
*Attorney for Plaintiff*



R:\DOCS\TAXCONT.T\TGRRD107.PA2.wpd

**CERTIFICATE OF SERVICE**

I certify that the foregoing Plaintiffs' Responses to Defendant's First Set of Requests for Admissions was served on counsel of record for the United States by electronic means on December 14, 2007.

I further certify that the foregoing Plaintiffs' Responses to Defendant's First Set of Requests for Admissions was served via certified priority mail, return receipt requested, on December 14, 2007, to Joseph B. Syverson, U.S. Department of Justice, Tax Division, Court of Federal Claims Section, P.O. Box 26, Ben Franklin Post Office, Washington, DC 20044.

Sallie W. Gladney