Exhibit 1, Page 1 of 29

UNITED STATES TAX COURT
FILED JUL 30 1996

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

'96 JUL 30

16434-96

AARON AMARNICK, Personal Representative of the Estate of CLAUDE B. AMARNICK and CRYSTAL STAR EAGLE

Petitioners,

DOCKET NO. ________

v.

Tax Court Bar No. DS0177

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

| | |
|---|---|
| MAIL CLERK | |
| ADMISSIONS | |
| RECORDED & SERVED | |
| | |
| PUB. FILES | |

## PETITION

Petitioner, AARON AMARNICK, the Personal Representative of the Estate of CLAUDE B. AMARNICK hereby files this Petition for readjustment of certain partnership items set forth by the COMMISSIONER OF INTERNAL REVENUE in its Notice of Final Partnership Administrative Adjustment dated March 5, 1996, and in furtherance and support thereof alleges:

1. Petitioner is filing this Petition on behalf of Claude B. Amarnick, whose Social Security Number is [redacted]8688, who died on January 5, 1995 having a mailing address at 1515 South Flagler Drive, Apt. 2201, West Palm Beach, Florida 33401.

ADDRESS USED BY COURT

2. The Notice of Final Partnership Administrative Adjustment, a copy of which is attached as Exhibit "A" was mailed to the Tax Matters Partner on March 4, 1996 and was issued by the Internal Revenue Service in Holtsville, New York.

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: ________
DEPUTY CLERK

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: Glenn Fraser
DEPUTY CLERK

GOVERNMENT EXHIBIT 1

SERVED AUG - 1 1996

3. The partnership of Crystal Star Eagle, has a taxpayer's identifying number of 13-3558089 and the Tax Matters Partner has refused to provide any tax information to or advise the Petitioner whether a Petition has been filed with this Court.

4. The adjustments determined by the Commissioner for the tax years ending 1985 and 1986 deal with an adjustment for an ordinary loss as the result of the disallowance of depreciation and certain other expenses.

5. The determination of adjustments set forth in the Notice of Final Partnership Administrative Adjustment is based upon an erroneous determination by the Commissioner that the depreciable basis lacks economic substance and that certain expenses are not allowable.

6. The facts upon which Petitioner relies as a basis for his claim is that the partnership had a profit motive, there is a depreciable tax basis, and the expenses are properly allowable.

I HEREBY CERTIFY that the original and two copies of the above and foregoing Petition was served by Federal Express upon the United States Tax Court, 400 Second Street, N.W., Washington, D.C. 20217, this 26th day of July, 1996.

Respectfully submitted,

STEVEN B. DOLCHIN, P.A.
Attorney for Petitioner
4330 Sheridan Street, Suite 202B
Hollywood, Florida 33021
Telephone: (305) 962-5800

By: [signature]
Steven B. Dolchin, Esquire
Tax Court Bar No. DS0177

Department of the Treasury
Internal Revenue Service



P-903-324-209

Date: 03-05-96

PO BOX 630 (STOP 634-1)
HOLTSVILLE NY 11742-0630

Refer To:
C:T:S:634-1
030596-0031

CLAUDE B AMARNICK
1515 SO FLAGLER DR APT 2201
WEST PALM BEACH FL 33401-7136156

Taxpayer Identifying Number:
[redacted]-8688
Personal Privacy

Name of Partnership:
CRYSTAL STAR EAGLE
Partnership Identifying #:
13-3558089
Tax Year Ended: DEC 1985
Date FPAA Mailed To
Tax Matters Person: 03-04-96
Person To Contact/Hours:
P RIVIERE
8:00 A.M. - 4:00 P.M. EDT
Contact Telephone #:
(Not a toll-free number.)
(516)654-6668

NOTICE OF FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENT

As required by law, we are sending this Notice of Final Partnership Administrative Adjustment (FPAA) to the partnership shown above and to each partner of the partnership who is entitled to such notice.

We are proposing adjustments to the partnership items of the partnership. We are sending this information to the Tax Matters Partner (TMP) of the partnership, who is the partner designated by the partnership to deal with the IRS. He/she is also authorized to act for the partners who are not entitled to receive this notice. Any partner who wants a copy of the examination report should request it from the TMP. If the TMP is unable to provide you with a copy of the examination report, please contact the person named at the top of this letter.

The adjustments to the partnership items reported on the partnership tax return may cause an increase or decrease in the tax liability on your individual return. The Form 870-P, Agreement to Assessment and Collection of Deficiency in Tax for Partnership Adjustments, is a summary of the proposed adjustments to the partnership return. You may compute your share of the proposed adjustments by multiplying each adjusted partnership item by your percentage interest for that partnership item.

You have three options available to you.

1. If you agree with the adjustments:

Sign the enclosed Form 870-P. By doing so, you are agreeing to pay any additional tax and interest resulting from the adjustments to the partnership return. You are also waiving your rights to participate in any administrative or judicial proceeding affecting the partnership years in question. This agreement will not become effective or final until you return it and it is signed in behalf of the Commissioner of Internal Revenue. Once the agreement is final, you may not file a claim to change the items in question or file a claim for refund or credit based on a readjustment.

Exhibit "A"

2. If you don't agree with the adjustments:

If you are the TMP of the partnership and want to contest the adjustments in court, you have 90 days from the date this letter was mailed to file a petition for a readjustment of the partnership items of the partnership with:

1. the United States Tax Court;
2. the United States Court of Federal Claims; or
3. the District Court of the United States for the district in which the partnership's principal place of business is located.

During this 90-day period, no other partner may file a petition for judicial review, and the filing of a petition by the TMP precludes all other actions.

If the TMP doesn't file a petition by the 90th day from the date the FPAA was mailed, any other partner entitled to receive this notice (or any group of partners who together have an interest of five percent or more in the profits of the partnership (5 percent group)) may petition one of these courts after the 90th day, but on or before the 150th day, from the date the FPAA was mailed to the TMP. If more than one petition is filed, the first petition filed in the Tax Court will go forward. All other petitions (even those filed earlier in one of the other courts) will be dismissed. If no petition is filed in the Tax Court, the first petition filed in one of the other courts will go forward and subsequent petitions will be dismissed.

Petitions filed with the United States Tax Court must be mailed to:

United States Tax Court
400 Second Street, N.W.
Washington, D.C. 20217

Attach a copy of this letter to the petition. The time in which you must file a petition with the court is fixed by law and the court can't consider your case if your petition is filed late. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

As a condition to filing a petition in either the appropriate District Court or the Court of Federal Claims, the partner filing the petition (including each member of a 5 percent group that files a petition) must deposit the amount by which the partner's tax liability would be increased if the treatment of the partnership items of the partnership on the partner's return were made consistent with the treatment of the partnership items under the FPAA. If you reported the partnership items of the partnership the way the partnership reported them on its return, you can generally determine the amount to deposit by taking your pro rata share of the partnership adjustments into account in recomputing your tax. You must deposit this amount with IRS on or before the day you file your petition.

3. If you do nothing:

If no readjustment petition is filed in any of the courts listed in this letter, the FPAA becomes binding, and we will bill you for any additional tax plus interest that you may owe under the FPAA. You won't be permitted to contest the treatment of the partnership items of the partnership under the FPAA in any refund claim or suit. The law permits us to bill you after 150 days from the mailing date of the FPAA to the TMP. However, if a petition is filed in the Tax Court, we won't bill you until the Tax Court decision is final.

You may wish to contact the TMP of the partnership or your tax advisor to discuss this matter.

If you have any questions, please write to the person whose name and address are shown in the heading of this letter. If you write, attach a copy of this letter to help identify your account. Also include your telephone number and the most convenient time for us to call you in case we need additional information.

If you prefer, you may call the IRS contact person at the telephone number shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you.

Thank you for your cooperation.

Sincerely,

CAROL M. LANDY

DIRECTOR, SERVICE CENTER

Enclosures:
Form 870-P
Copy of this letter

Letter 1830(CG) (Rev. 08-93)

Department of the Treasury – Internal Revenue Service

## Settlement Agreement For Partnership Adjustments

### Schedule of Adjustments

| Name of Partnership Crystal Star Eagle | Tax Year(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: 13-3558089 | 12-31-86 | | |
| Detail of Adjustments To Ordinary Income | | | |
| Ordinary Loss | $3,570,696 | | |
| Total Adjustments To Ordinary ~~Income~~ Loss | $3,570,696 | | |
| Other Adjustment: Tax Preference Item: Accelerated Depreciation | | | |
| (1) Adjustment | ($1,587,467) | | |
| (2) As Reported | 1,587,467 | | |
| (3) Corrected | -0- | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks

See enclosed for explanation of adjustments.

Crystal Star Eagle
13-3558089

EXPLANATION OF ADJUSTMENTS
For The Taxable Year Ended December 31, 1985

It is determined from the examination of the books and records of Crystal Star Eagle that the loss for the taxable year 1985 is zero.

Since you reported a loss in the amount of $2,733,064 for the year 1985, your ordinary income is increased by $2,733,064 computed as follows:

| | 1985 |
|---|---|
| Ordinary Net Income (Loss) per Partnership Return | ($2,733,064) |
| Add: Disallowed Deductions Net Of Expenses Allowed To The Extent Of Income | 2,733,064 |
| Corrected Distributable Partnership Income | $ -0- |

Crystal Star Eagle
13-3558089

EXPLANATION OF ADJUSTMENTS
For The Taxable Year Ended December 31, 1985

I) All items of income, loss and deduction reported with respect to the partnership's equipment leasing activities for the year 1985 are disallowed. For purposes of federal income taxation, the partnership cannot be considered the owner of the equipment with respect to which said items of income, loss and deduction are reported since, after examination of all facts and circumstances, the partnership is found not to have incurred the benefits and burdens of ownership of the equipment or to have made, in substance, a true economic investment in said equipment.

Al ernatively, if it is held that the partnership was the owner of the equipment for federal income tax purposes during the years at issue, then it is determined that the acquisition and lease of said equipment was not an activity entered into for profit under Internal Revenue Code Section 183(a). Accordingly, any deductions claimed which have not been disallowed in full for the specific reasons set forth below, are only allowed to the extent of income from such activity in accordance with, and in the manner provided by, Section 183(b)(1) and 183(b)(2).

II) It is further determined that the following deductions, to the extent claimed, are disallowed for the specific reasons stated:

A. Depreciation

The partnership has not established the cost or depreciable basis of the equipment. In addition, the method of depreciation claimed is found materially to distort income during the year at issue.

Alternatively, it is determined that the portion of the depreciation deduction attributable to any notes, guarantees, or assumptions executed by the partnership is disallowed because such notes, guarantees, or assumptions lack economic substance, and, therefore, cannot be added to the cost or depreciable basis of the equipment.

B. Other Rental Expenses

It is determined that the claimed deductions for other rental expenses are disallowed because the partnership has not substantiated them or shown that they were incurred, or that they constitute ordinary and necessary business expenses. In addition, the amounts claimed are unreasonable and excessive.

If it is determined that these deductions were, in fact, incurred, such expenditures are either for syndication or are capital in nature with an indeterminable useful life and are, therefore, neither currently deductible nor amortizable.

:rystal Star Eagle
.3-3558089

EXPLANATION OF ADJUSTMENTS
For The Taxable Year Ended December 31, 1985

[II) Since the partnership's debt obligation is contingent and lacking in true economic substance, it cannot be considered a partnership liability and no part of said note can be considered in determining each partner's basis in his or her partnership interest under Section 752(c) of the Internal Revenue Code.

[V) Alternatively, if it is decided that the disallowed partnership deductions are allowable in whole or in part, then it is determined that each partner is only entitled to deduct his or her proportionate share of the partnership loss which does not exceed his or her amount "at risk," subject to the provisions of ection 465 of the Internal Revenue Code.

/) Any amounts shown as credits are disallowed because the property does not qualify for the credits under Section 38 of the Internal Revenue Code or under any other section of the Internal Revenue Code.

FOR INFORMATION ONLY

The explanation stated below is provided for your information.

IRC 6621(c)

It is determined that the partnership has improperly taken deductions and/or credits for tax motivated reasons. The increased rate of interest prescribed in IRC 6621(c) is applicable at the individual partner level after the partnership proceedings have been completed. Where the only items raised in a subsequent affected items notice of deficiency are additions to tax, the Service takes the position that the Tax Court will not have jurisdiction to consider IRC 6621(c) interest unless the interest is prepaid. IRC 6621(c) interest will be assessed and collected as regular interest in those cases.

CCE

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 1986

For the year January 1–December 31, 1986, or other tax year beginning , 1986, ending , 19 . OMB No. 1545-0074

Your first name and initial (if joint return, also give spouse's name and initial): CLAUDE B
Last name: AMARNICK
Your social security number: Personal Privacy -8688

Present home address (number and street, or rural route.): 52 LOCUST LANE
Spouse's social security no.

City, town or post office, state and ZIP code: OYSTER BAY NEW YORK 11771

If this address is different from the one shown on your 1985 return, check here ▶ ☐

**Presidential Election Campaign**
▶ Do you want $1 to go to this fund? . . . . X Yes ☐ No
If joint return, does your spouse want $1 to go to this fund? . . . Yes ☐ No
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here.
4 ☐ Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, enter child's name here.
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a ☒ Yourself ☐ 65 or over ☐ Blind — Enter number of boxes checked on 6a and b ▶ 1
b ☐ Spouse ☐ 65 or over ☐ Blind
c First names of your dependent children who lived with you — Enter number of children listed on 6c ▶
d First names of your dependent children who did not live with you (If pre-1985 agreement, check here ▶ ☐ .) — Enter number of children listed on 6d ▶

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,080 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| Personal Privacy | DAUGHTER | | NO | YES |

Enter number of other dependents ▶ 1

f Total number of exemptions claimed (also complete line 36) . . . Add numbers entered in boxes above ▶ 2

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | | |
| 8 | Interest income *(also attach Schedule B if over $400)* | | 5,560. |
| 9a | Dividends *(also attach Schedule B if over $400)* 55,098. 9b Exclusion 100. | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 54,998. |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | 1,217,558. |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | 164,005. |
| 14 | 40% of capital gain distributions not reported on line 13 (see page 9 of Instructions) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | -707,309. |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits. (see page 10) 21a | | |
| b | Taxable amount, if any, from the worksheet on page 11. (Tax-exempt interest ) | 21b | |
| 22 | Other income (list type and amount) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 23 | 734,812. |

## Adjustments to Income

(See Instructions on page 11.)

| Line | Description | | Amount |
|---|---|---|---|
| 24 | Moving expense *(attach Form 3903 or 3903F)* | 24 | |
| 25 | Employee business expenses | 25 | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 2,000. |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | 36,696. |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (last name and social security no. ) | 29 | |
| 30 | Deduction for married couple when both work *(attach Schedule W)* | 30 | |
| 31 | Add lines 24 through 30. ▶ | 31 | 38,696. |

## AGI

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. *This is your* adjusted gross income. ▶ | 32 | 696,116. |

Department of the Tr sury — Internal Revenue Service

Settlement Agreer t For Partnership Adjustments

## Schedule of Adjustments

| Name of Partnership Crystal Star Eagle | Tax Year(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: 13-3558089 | 12-31-85 | | |
| Detail of Adjustments To Ordinary Income<br><br>Ordinary Loss | $2,733,064 | | |
| Total Adjustments To Ordinary ~~Income~~ Loss | $2,733,064 | | |
| Other Adjustment: Tax Preference Item: Accelerated Depreciation | | | |
| (1) Adjustment | ($1,460,037) | | |
| (2) As Reported | 1,460,037 | | |
| (3) Corrected | -0- | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks

See enclosed for explanation of adjustments.

AMARNICK 146 1957-08 04
[redacted]-8688
Form 1040 (1986)

Page 2

| Section | Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| Tax Computation | 33 | Amount from line 32 (adjusted gross income) | | | 33 | 696,116. |
| | 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. Caution: If you have unearned income and can be claimed as a dependent on your parents' return, see page 13 of the Instructions and check here ▶ ☐. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | | | 34a | 149,020. |
| (See Instructions on page 13.) | b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | | | |
| | c | Enter your noncash contributions *(you must attach Form 8283 if over $500)* | 34c | | | |
| | d | Add lines 34b and 34c. Enter the total | | | 34d | |
| | 35 | Subtract line 34a or line 34d, whichever applies, from line 33 | | | 35 | 547,096. |
| | 36 | Multiply $1,080 by the total number of exemptions claimed on line 6f (see page 14) | | | 36 | 2,160. |
| | 37 | Taxable income. Subtract line 36 from line 35. Enter the result (but not less than zero). | | | 37 | 544,936. |
| | 38 | Enter tax here. Check if from ☐ Tax Table, ☒ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | | 38 | 259,449. |
| | 39 | Additional taxes (See page 14 of Instructions). Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | | 39 | |
| | 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 259,449. |
| Credits | 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | | |
| | 42 | Credit for the elderly or for the permanently and totally disabled (attach Sch. R) | 42 | | | |
| (See Instructions on page 14.) | 43 | Partial credit for political contributions for which you have receipts | 43 | | | |
| | 44 | Add lines 41 through 43. Enter the total | | | 44 | |
| | 45 | Subtract line 44 from line 40. Enter the result (but not less than zero) | | | 45 | 259,449. |
| | 46 | Foreign tax credit *(attach Form 1116)* | 46 | | | |
| | 47 | General business credit. Check if from ☒ Form 3468, ☐ Form 5884, ☐ Form 6478, or ☐ Form 6765, ☐ Form 3800, | 47 | 2,412. | | |
| | 48 | Add lines 46 and 47. Enter the total | | | 48 | 2,412. |
| | 49 | Subtract line 48 from line 45. Enter the result (but not less than zero) ▶ | | | 49 | 257,037. |
| Other Taxes | 50 | Self-employment tax *(attach Schedule SE)* | | | 50 | 5,166. |
| | 51 | Alternative minimum tax *(attach Form 6251)* | | | 51 | |
| (Including Advance EIC Payments) | 52 | Tax from recapture of investment credit *(attach Form 4255)* | | | 52 | |
| | 53 | Social security tax on tip income not reported to employer *(attach Form 4137)* | | | 53 | |
| | 54 | Tax on an IRA *(attach Form 5329)* | | | 54 | |
| | 55 | Add lines 49 through 54. ▶ | | | 55 | 262,203. |
| Payments | 56 | Federal income tax withheld | 56 | | | |
| | 57 | 1986 estimated tax payments and amount applied from 1985 return | 57 | 70,000. | | |
| Attach Forms W-2, W-2G, and W-2P to page 1. | 58 | Earned income credit (see page 16) | 58 | | | |
| | 59 | Amount paid with Form 4868 | 59 | 50,000. | | |
| | 60 | Excess social security tax and RRTA tax withheld | 60 | | | |
| | 61 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 61 | | | |
| | 62 | Regulated investment company credit *(attach Form 2439)* | 62 | | | |
| | 63 | Add lines 56 through 62. These are your total payments ▶ | | | 63 | 120,000. |
| Refund or Amount You Owe | 64 | If line 63 is larger than line 55, enter amount OVERPAID ▶ | | | 64 | |
| | 65 | Amount of line 64 to be REFUNDED TO YOU ▶ | | | 65 | |
| | 66 | Amount of line 64 to be applied to your 1987 estimated tax ▶ | 66 | | | |
| | 67 | If line 55 is larger than line 63, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1986 Form 1040" on it. Check ▶ ☒ if Form 2210 (2210F) is attached. See page 17. Penalty: $ 2,817. ▶ | | | 67 | 145,020.** |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: PHYSICIAN

Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature | Date | Check if self-employed ☒ | Preparer's social security no. [redacted]-1484

Firm's name (or yours, if self-employed) and address: LAWRENCE J. GINSBERG, ESQ. | E.I. No.
420 LEXINGTON AVENUE, SUITE 626
NEW YORK, NEW YORK | ZIP code 10170

**INTEREST 6,624. **PENALTY-FAILURE TO PAY TAX 4,266.
**TOTAL DUE 155,910.

86-2358893

AMARNICK 146 1957-08 10

SCHEDULE E (Form 1040)
Department of the Treasury Internal Revenue Service

# Supplemental Income Schedule

(From rents and royalties, partnerships, estates, trusts, etc.)
▶ Attach to Form 1040, Form 1041, or Form 1041S.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
1986
Attachment Sequence No. 13

Name(s) as shown on Form 1040: CLAUDE B AMARNICK
Your social security number: [redacted]-8688 Personal Privacy, Personal

## Part I Rental and Royalty Income or (Loss)

1 In the space provided below, show the kind and location of each rental property.

2 For each property listed, did you or a member of your family use for personal purposes any of the properties for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| Property | Description | Yes | No |
|---|---|---|---|
| A | SEE STATEMENT 5 | | |
| B | | | |
| C | | | |

| Rental and Royalty Income | Line | A | B | C | Line | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| 3 a Rents received | | 110,658. | | | 3 | 110,658. |
| b Royalties received. SEE STMT 5 | | | | | | |
| **Rental and Royalty Expenses** | | | | | | |
| 4 Advertising | 4 | | | | | |
| 5 Auto and travel | 5 | | | | | |
| 6 Cleaning and maintenance | 6 | | | | | |
| 7 Commissions | 7 | | | | | |
| 8 Insurance | 8 | | | | | |
| 9 Legal and other professional fees | 9 | | | | | |
| 10 Mortgage interest paid to financial institutions (see instructions) | 10 | | | | 10 | |
| 11 Other interest | 11 | | | | | |
| 12 Repairs | 12 | | | | | |
| 13 Supplies | 13 | | | | | |
| 14 Taxes (Do not include windfall profit tax here. See Part III, line 34.) | 14 | | | | | |
| 15 Utilities | 15 | | | | | |
| 16 Wages and salaries | 16 | | | | | |
| 17 Other (list) ▶ SEE STATEMENT 5 | | 201,131. | | | | |
| 18 Total expenses other than depreciation and depletion. Add lines 4 through 17 | 18 | 201,131. | | | 18 | 201,131. |
| 19 Depreciation expense, or depletion. FORM 4562 & STMT 5 | 19 | 413,025. | | | 19 | 413,025. |
| 20 Total. Add lines 18 and 19 | 20 | 614,156. | | | | |
| 21 Income or (loss) from rental or royalty properties. Subtract line 20 from line 3a (rents) or 3b (royalties) | 21 | -503,498. | | | | |

| | Line | Amount |
|---|---|---|
| 22 Add properties with profits on line 21, and enter the total profits here | 22 | |
| 23 Add properties with losses on line 21, and enter the total (losses) here | 23 | -503,498. |
| 24 Combine amounts on lines 22 and 23, and enter the net profit or (loss) here | 24 | -503,498. |
| 25 Net farm rental profit or (loss) from Form 4835, line 34. | 25 | |
| 26 Total rental or royalty income or (loss). Combine amounts on lines 24 and 25, and enter the total here. If Parts II and III on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in line 36 on page 2 of Schedule E | 26 | -503,498. |

AMARNICK [redacted]-8688 1957-08 11

Schedule E (Form 1040) 1986 Attachment Sequence No. 13 Page 2

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on page 1) CLAUDE B AMARNICK

Your social security number [redacted]-8688

## Part II Income or (Loss) from Partnerships, S Corporations, Estates, or Trusts

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See Instructions.

### Partnerships and S Corporations

| (a) Name | (b) Enter appropriate code[1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| SEE STATEMENT 6 | P | | | 204,945. | 1,134. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Codes: P for partnership; S for S corporation

| | | | |
|---|---|---|---|
| Add amounts in columns (e) and (f) and enter the total(s) here | 27 | 204,945. | 1,134. |

| | | |
|---|---|---|
| 28 Combine amounts in columns (e) and (f), line 27, and enter the net income or (loss) here | 28 | -203,811. |
| 29 Deduction for section 179 property (from Form 1065, Schedule K-1, and Form 1120S, Schedule K-1). (See Instructions for limitations.) | 29 | |
| 30 Total partnership and S corporation income or (loss). Combine amounts on lines 28 and 29. Enter the total here and include in line 36 below | 30 | -203,811. |

### Estates and Trusts

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 31 Add amounts in columns (e) and (f) and enter the total(s) here | 31 | | |

| | | |
|---|---|---|
| 32 Total estate and trust income or (loss). Combine amounts in columns (e) and (f), line 31. Enter the total here and include in line 36 below. | 32 | |

## Part III Windfall Profit Tax Summary

| | | |
|---|---|---|
| 33 Windfall profit tax credit or refund received in 1986 (see Instructions) | 33 | |
| 34 Windfall profit tax withheld in 1986 (see Instructions) | 34 | |
| 35 Combine amounts on lines 33 and 34. Enter the total here and include in line 36 below | 35 | |

## Part IV Summary

| | | |
|---|---|---|
| 36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Enter the total here and on Form 1040, line 18 ▶ | 36 | -707,309. |
| 37 Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II (see Instructions) | 37 | |

## Part V Optional Depreciation Worksheet. – You may use this worksheet to figure depreciation only on property placed in service before 1981. If you placed any property in service after 1980, you must use Form 4562 for all property.

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| | | | | | | | |
| | Total (Property A) | | | | | | |
| B | | | | | | | |
| | | | | | | | |
| | Total (Property B) | | | | | | |
| C | | | | | | | |
| | | | | | | | |
| | Total (Property C) | | | | | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

[redacted]-8688 AMARNICK 146 1957-08

1986 FEDERAL INCOME TAX STATEMENTS PAGE 6

STATEMENT 5 - RENT AND ROYALTY INCOME (CONTINUED)

DEPRECIATION CALCULATION

| DESC | DATE ACQUIRED | COST OR BASIS | PRIOR YEARS DEPRECIATION | ME-THOD | YRS | PCT | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|---|
| CONDO, BALA CYNWYD, PA. | | | | | | | |
| | 07/01/80 | 106,300 | 15,944 | SL | 35 | | 3,037 |
| TOTALS | | 106,300 | 15,944 | | | | 3,037 |

PROPERTY 4

OCCUPY PROPERTY GREATER THAN 14 DAYS OR 10 PERCENT DAYS RENTED YES( ) NO(X)

AMERIGROUP EQUIPMENT PROGRAM
CRYSTAL STAR EAGLE

| | | |
|---|---|---|
| RENTAL INCOME | | 35,002 |
| EXPENSES | | |
| MANAGEMENT FEES | 214 | |
| OTHER INTEREST | 32,932 | |
| BROKERAGE FEES | 1,980 | |
| DEPRECIATION | 66,000 | |
| TOTAL DEDUCTIBLE EXPENSES | | 101,126 |
| NET LOSS | | -66,124 |

DEPRECIATION CALCULATION

| DESC | DATE ACQUIRED | COST OR BASIS | PRIOR YEARS DEPRECIATION | ME-THOD | YRS | PCT | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|---|
| 5-YEAR RECOVERY PROPERTY | | | | | | | |
| CRYSTAL STAR EAGLE - EQUIPMENT LEASING | | | | | | | |
| | 85 | 300,000 | 45,000 | | 5 | 22.00 | 66,000 |
| TOTALS | | 300,000 | 45,000 | | | | 66,000 |

[redacted]-8688 AMARNICK 146 1957-08

1986 FEDERAL INCOME TAX STATEMENTS



STATEMENT 5 - RENT AND ROYALTY INCOME (CONTINUED)

| DESC | DATE ACQUIRED | DEPRECIATION CALCULATION COST OR BASIS | PRIOR YEARS DEPRECIATION | ME-THOD | YRS | PCT | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|---|
| 5-YEAR RECOVERY PROPERTY | | | | | | | |
| EAGLE 1986-8, EQUIPMENT LEASING | | | | | | | |
| | 09/01/86 | 412,000 | | | 5 | 15.00 | 61,800 |
| TOTALS | | 412,000 | 0 | | | | 61,800 |

SUMMARY OF RENT AND ROYALTY INCOME

| | GROSS INCOME | EXPENSES OTHER THAN DEPREC/DEPL | AMORTIZATION/ DEPLETION/ DEPRECIATION | INCOME (LOSS) |
|---|---|---|---|---|
| PROPERTY 1 | 4,000 | 5,786 | 1,139 | -2,925 |
| PROPERTY 2 | 6,000 | 7,349 | 1,571 | -2,920 |
| PROPERTY 3 | 8,820 | 12,109 | 3,037 | -6,326 |
| PROPERTY 4 | 35,002 | 35,126 | 66,000 | -66,124 |
| PROPERTY 5 | 28,418 | 34,160 | 62,489 | -68,231 |
| PROPERTY 6 | 28,418 | 34,160 | 62,489 | -68,231 |
| PROPERTY 7 | 0 | 34,341 | 92,700 | -127,041 |
| PROPERTY 8 | 0 | 19,050 | 61,800 | -80,850 |
| PROPERTY 9 | 0 | 19,050 | 61,800 | -80,850 |
| TOTALS | 110,658 | 201,131 | 413,025 | -503,498 |
| NET LOSS FROM RENTS AND ROYALTIES | | | | -503,498 |

Department of the Treasury
Internal Revenue Service

P-903-324-279

Date: 03-05-96

PO BOX 630 (STOP 634-1)
HOLTSVILLE NY 11742-0630

Refer To:
C:T:S:634-1
030596-0088

CLAUDE B AMARNICK
1515 SO FLAGLER DR APT 2201
WEST PALM BEACH FL 33401-7136156

Taxpayer Identifying Number:
[redacted]-8688

Name of Partnership:
CRYSTAL STAR EAGLE
Partnership Identifying #:
13-3558089
Tax Year Ended: DEC 1986
Date FPAA Mailed To
Tax Matters Person: 03-04-96
Person To Contact/Hours:
P RIVIERE
8:00 A.M. - 4:00 P.M. EDT
Contact Telephone #:
(Not a toll-free number.)
(516)654-6668

## NOTICE OF FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENT

As required by law, we are sending this Notice of Final Partnership Administrative Adjustment (FPAA) to the partnership shown above and to each partner of the partnership who is entitled to such notice.

We are proposing adjustments to the partnership items of the partnership. We are sending this information to the Tax Matters Partner (TMP) of the partnership, who is the partner designated by the partnership to deal with the IRS. He/she is also authorized to act for the partners who are not entitled to receive this notice. Any partner who wants a copy of the examination report should request it from the TMP. If the TMP is unable to provide you with a copy of the examination report, please contact the person named at the top of this letter.

The adjustments to the partnership items reported on the partnership tax return may cause an increase or decrease in the tax liability on your individual return. The Form 870-P, Agreement to Assessment and Collection of Deficiency in Tax for Partnership Adjustments, is a summary of the proposed adjustments to the partnership return. You may compute your share of the proposed adjustments by multiplying each adjusted partnership item by your percentage interest for that partnership item.

You have three options available to you.

1. If you agree with the adjustments:

Sign the enclosed Form 870-P. By doing so, you are agreeing to pay any additional tax and interest resulting from the adjustments to the partnership return. You are also waiving your rights to participate in any administrative or judicial proceeding affecting the partnership years in question. This agreement will not become effective or final until you return it and it is signed in behalf of the Commissioner of Internal Revenue. Once the agreement is final, you may not file a claim to change the items in question or file a claim for refund or credit based on a readjustment.

Exhibit "A"

2. If you don't agree with the adjustments:

If you are the TMP of the partnership and want to contest the adjustments in court, you have 90 days from the date this letter was mailed to file a petition for a readjustment of the partnership items of the partnership with:

1. the United States Tax Court;
2. the United States Court of Federal Claims; or
3. the District Court of the United States for the district in which the partnership's principal place of business is located.

During this 90-day period, no other partner may file a petition for judicial review, and the filing of a petition by the TMP precludes all other actions.

If the TMP doesn't file a petition by the 90th day from the date the FPAA was mailed, any other partner entitled to receive this notice (or any group of partners who together have an interest of five percent or more in the profits of the partnership (5 percent group)) may petition one of these courts after the 90th day, but on or before the 150th day, from the date the FPAA was mailed to the TMP. If more than one petition is filed, the first petition filed in the Tax Court will go forward. All other petitions (even those filed earlier in one of the other courts) will be dismissed. If no petition is filed in the Tax Court, the first petition filed in one of the other courts will go forward and subsequent petitions will be dismissed.

Petitions filed with the United States Tax Court must be mailed to:

United States Tax Court
400 Second Street, N.W.
Washington, D.C. 20217

Attach a copy of this letter to the petition. The time in which you must file a petition with the court is fixed by law and the court can't consider your case if your petition is filed late. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

As a condition to filing a petition in either the appropriate District Court or the Court of Federal Claims, the partner filing the petition (including each member of a 5 percent group that files a petition) must deposit the amount by which the partner's tax liability would be increased if the treatment of the partnership items of the partnership on the partner's return were made consistent with the treatment of the partnership items under the FPAA. If you reported the partnership items of the partnership the way the partnership reported them on its return, you can generally determine the amount to deposit by taking your pro rata share of the partnership adjustments into account in recomputing your tax. You must deposit this amount with IRS on or before the day you file your petition.

3. If you do nothing:

If no readjustment petition is filed in any of the courts listed in this letter, the FPAA becomes binding, and we will bill you for any additional tax plus interest that you may owe under the FPAA. You won't be permitted to contest the treatment of the partnership items of the partnership under the FPAA in any refund claim or suit. The law permits us to bill you after 150 days from the mailing date of the FPAA to the TMP. However, if a petition is filed in the Tax Court, we won't bill you until the Tax Court decision is final.

You may wish to contact the TMP of the partnership or your tax advisor to discuss this matter.

If you have any questions, please write to the person whose name and address are shown in the heading of this letter. If you write, attach a copy of this letter to help identify your account. Also include your telephone number and the most convenient time for us to call you in case we need additional information.

If you prefer, you may call the IRS contact person at the telephone number shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you.

Thank you for your cooperation.

Sincerely,

CAROL M. LANDY

DIRECTOR, SERVICE CENTER

Enclosures:
Form 870-P
Copy of this letter

Crystal Star Eagle
13-3558089

EXPLANATION OF ADJUSTMENTS
For The Taxable Year Ended December 31, 1986

It is determined from the examination of the books and records of Crystal Star Eagle that the loss for the taxable year 1986 is zero.

Since you reported a loss in the amount of $3,570,696 for the year 1986, your ordinary income is increased by $3,570,696 computed as follows:

| | 1986 |
|---|---|
| Ordinary Net Income (Loss) per Partnership Return | ($3,570,696) |
| Add: Disallowed Deductions Net Of Expenses Allowed To The Extent Of Income | 3,570,696 |
| Corrected Distributable Partnership Income | $ -0- |

Crystal Star Eagle
13-3558089

**EXPLANATION OF ADJUSTMENTS**
**For The Taxable Year Ended December 31, 1986**

I) All items of income, loss and deduction reported with respect to the partnership's equipment leasing activities for the year 1986 are disallowed. For purposes of federal income taxation, the partnership cannot be considered the owner of the equipment with respect to which said items of income, loss and deduction are reported since, after examination of all facts and circumstances, the partnership is found not to have incurred the benefits and burdens of ownership of the equipment or to have made, in substance, a true economic investment in said equipment.

Alternatively, if it is held that the partnership was the owner of the equipment for federal income tax purposes during the years at issue, then it is determined that the acquisition and lease of said equipment was not an activity entered into for profit under Internal Revenue Code Section 183(a). Accordingly, any deductions claimed which have not been disallowed in full for the specific reasons set forth below, are only allowed to the extent of income from such activity in accordance with, and in the manner provided by, Section 183(b)(1) and 183(b)(2).

II) It is further determined that the following deductions, to the extent claimed, are disallowed for the specific reasons stated:

A. Depreciation

The partnership has not established the cost or depreciable basis of the equipment. In addition, the method of depreciation claimed is found materially to distort income during the year at issue.

Alternatively, it is determined that the portion of the depreciation deduction attributable to any notes, guarantees, or assumptions executed by the partnership is disallowed because such notes, guarantees, or assumptions lack economic substance, and, therefore, cannot be added to the cost or depreciable basis of the equipment.

B. Other Rental Expenses

It is determined that the claimed deductions for other rental expenses are disallowed because the partnership has not substantiated them or shown that they were incurred, or that they constitute ordinary and necessary business expenses. In addition, the amounts claimed are unreasonable and excessive.

If it is determined that these deductions were, in fact, incurred, such expenditures are either for syndication or are capital in nature with an indeterminable useful life and are, therefore, neither currently deductible or amortizable.

Crystal Star Eagle
13-3558089

EXPLANATION OF ADJUSTMENTS
For The Taxable Year Ended December 31, 1986

III) Since the partnership's debt obligation is contingent and lacking in true economic substance, it cannot be considered a partnership liability and no part of said note can be considered in determining each partner's basis in his or her partnership interest under Section 752(c) of the Internal Revenue Code.

IV) Alternatively, if it is decided that the disallowed partnership deductions are allowable in whole or in part, then it is determined that each partner is only entitled to deduct his or her proportionate share of the partnership loss which does not exceed his or her amount "at risk," subject to the provisions of Section 465 of the Internal Revenue Code.

V) Any amounts shown as credits are disallowed because the property does not qualify for the credits under Section 38 of the Internal Revenue Code or under any other section of the Internal Revenue Code.

FOR INFORMATION ONLY

The explanation stated below is provided for your information.

IRC 6621(c)

It is determined that the partnership has improperly taken deductions and/or credits for tax motivated reasons. The increased rate of interest prescribed in IRC 6621(c) is applicable at the individual partner level after the partnership proceedings have been completed. Where the only items raised in a subsequent affected items notice of deficiency are additions to tax, the Service takes the position that the Tax Court will not have jurisdiction to consider IRC 6621(c) interest unless the interest is prepaid. IRC 6621(c) interest will be assessed and collected as regular interest in those cases.

C

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 1985

For the year January 1–December 31, 1985, or other tax year beginning , 1985, ending , 19 . OMB No. 1545-0074

Your first name and initial (if joint return, also give spouse's name and initial): CLAUDE B
Last name: AMARNICK
Your social security number: [redacted]-8688
Present home address: 52 LOCUST LANE
Spouse's social security no.:
City, town or post office, state and ZIP code: OYSTER BAY NEW YORK 11771
Your occupation: PHYSICIAN
Spouse's occupation:

**Presidential Election Campaign**
Do you want $1 to go to this fund? X Yes No
If joint return, does your spouse want $1 to go to this fund? Yes No
Note: *Checking "Yes" will not change your tax or reduce your refund.*

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security number above and full name here.
4. [ ] Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [X] Yourself [ ] 65 or over [ ] Blind — Enter number of boxes checked on 6a and b ▶ 1
b [ ] Spouse [ ] 65 or over [ ] Blind
c First names of your dependent children who lived with you — Enter number of children listed on 6c ▶
d First names of your dependent children who did not live with you (If pre-1985 agreement, check here ▶ [ ]) — Enter number of children listed on 6d ▶

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,040 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| [redacted] | DAUGHTER | | NO | YES |
| | | | | |

Enter number of other dependents ▶ 1

f Total number of exemptions claimed (also complete line 36) — Add numbers entered in boxes above ▶ 2

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.
If you do not have a W-2, see page 4 of Instructions.
Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) | 7 | |
| 8 | Interest income *(also attach Schedule B if over $400)* | 8 | 6,449. |
| 9a | Dividends *(also attach Schedule B if over $400)* 14,001. 9b Exclusion 100. | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 13,901. |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | 10 | 5,606. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | 715,970. |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | -3,000. |
| 14 | 40% of capital gain distributions not reported on line 13 (See page 9 of Instructions) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | -302,469. |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits. (See page 10). Total received 21a | | |
| b | Taxable amount, if any, from the worksheet on page 11. (Tax-exempt interest ) | 21b | |
| 22 | Other income (list type and amount) | 22 | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 23 | 436,457. |

## Adjustments to Income

(See Instructions on page 11)

| Line | Description | | Amount |
|---|---|---|---|
| 24 | Moving expense *(attach Form 3903 or 3903F)* | 24 | |
| 25 | Employee business expenses | 25 | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 2,000. |
| 27 | Keogh retirement plan deduction | 27 | 30,000. |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (last name and social security no. ) | 29 | |
| 30 | Deduction for married couple when both work *(attach Schedule W)* | 30 | |
| 31 | Add lines 24 through 30. ▶ | 31 | 32,000. |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. *This is your* **adjusted gross income**. *If this line is less than $11,000, and a child lived with you, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions* ▶ | 32 | 404,457. |

AMARNICK
[redacted]8588

Exhibit 1, Page 26 of 29 090 4973-80 04

Form 1040 (1985) Page 2

**Tax Computation** (See Instructions on page 13)

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | | 33 | 404,457. |
| 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. Caution: If you have unearned income and can be claimed as a dependent on your parents' return, check here ▶ ☐ and see page 13 of the Instructions. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | | 34a | 115,966. |
| b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | | |
| c | Enter your noncash contributions *(you must attach Form 8283 if over $500)* | 34c | | |
| d | Add lines 34b and 34c. Enter the total | 34d | | |
| e | Divide the amount on line 34d by 2. Enter the result here | | 34e | |
| 35 | Subtract line 34a or line 34e, whichever applies, from line 33 | | 35 | 288,491. |
| 36 | Multiply $1,040 by the total number of exemptions claimed on line 6f (see page 14) | | 36 | 2,080. |
| 37 | Taxable income. Subtract line 36 from line 35. Enter the result (but not less than zero) | | 37 | 286,411. |
| 38 | Enter tax here. Check if from ☐ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☒ Schedule G | | 38 | 112,787. |
| 39 | Additional taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | 39 | |
| 40 | Add lines 38 and 39. Enter the total ▶ | | 40 | 112,787. |

**Credits** (See Instructions on page 14)

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | | |
| 42 | Credit for the elderly and the permanently and totally disabled *(attach Schedule R)* | 42 | | |
| 43 | Residential energy credit *(attach Form 5695)* | 43 | | |
| 44 | Partial credit for political contributions for which you have receipts | 44 | | |
| 45 | Add lines 41 through 44. These are your total personal credits | | 45 | |
| 46 | Subtract line 45 from line 40. Enter the result (but not less than zero) | | 46 | 112,787. |
| 47 | Foreign tax credit *(attach Form 1116)* | 47 | | |
| 48 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | | |
| 49 | Add lines 47 and 48. These are your total business and other credits | | 49 | |
| 50 | Subtract line 49 from line 46. Enter the result (but not less than zero) ▶ | | 50 | 112,787. |

**Other Taxes** (Including Advance EIC Payments)

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 51 | Self-employment tax *(attach Schedule SE)* | | 51 | 4,673. |
| 52 | Alternative minimum tax *(attach Form 6251)* | | 52 | |
| 53 | Tax from recapture of investment credit *(attach Form 4255)* | | 53 | |
| 54 | Social security tax on tip income not reported to employer *(attach Form 4137)* | | 54 | |
| 55 | Tax on an IRA *(attach Form 5329)* | | 55 | |
| 56 | Add lines 50 through 55. ▶ | | 56 | 117,460. |

**Payments** (Attach Forms W-2, W-2G, and W-2P to page 1.)

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 57 | Federal income tax withheld | 57 | | | |
| 58 | 1985 estimated tax payments and amount applied from 1984 return | 58 | 5,000. | | |
| 59 | Earned income credit (see page 16) | 59 | | | |
| 60 | Amount paid with Form 4868 | 60 | 40,000. | | |
| 61 | Excess social security tax and RRTA tax withheld | 61 | | | |
| 62 | Credit for Federal tax on gasoline and special fuels *(attach Form 4136)* | 62 | | | |
| 63 | Regulated Investment Company credit *(attach Form 2439)* | 63 | | | |
| 64 | Add lines 57 through 63. These are your total payments ▶ | | | 64 | 45,000. |

**Refund or Amount You Owe**

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 65 | If line 64 is larger than line 56, enter amount OVERPAID ▶ | | 65 | |
| 66 | Amount of line 65 to be REFUNDED TO YOU ▶ | | 66 | |
| 67 | Amount of line 65 to be applied to your 1986 estimated tax ▶ | 67 | | |
| 68 | If line 56 is larger than line 64, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1985 Form 1040" on it. ▶ Check ▶ ☒ if Form 2210 (2210F) is attached. See page 17. Penalty: $ 130. | | 68 | 72,590.** |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Your signature — Date ▶ Spouse's signature (if filing jointly, BOTH must sign)

**Paid Preparer's Use Only**

Preparer's signature ▶ — Date — Check if self-employed ☒ — Preparer's social security no. [redacted]-1484

Firm's name (or yours, if self-employed) and address ▶ LAWRENCE J. GINSBERG, ESQ.
420 LEXINGTON AVENUE, SUITE 626
NEW YORK, NEW YORK

E.I. No.

ZIP code 10170

**INTEREST 3,502. **PENALTY-FAILURE TO PAY TAX 2,174.

**TOTAL DUE 78,266.

85-2336893

Schedule E (Form 1040) 1985 Page 2

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on page 1): CLAUDE B AMARNICK

Your social security number: [redacted]

## Part II Income or Losses from Partnerships, S Corporations, Estates, or Trusts

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See Instructions.

### Partnerships and S Corporations

| (a) Name | (b) Enter appropriate code[1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| SEE STATEMENT 5 | P | | | 150,182. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Codes: P for partnership; S for S corporation

27 Add amounts in columns (e) and (f) and write the total(s) here . . . . . . . . . 27 | 150,182. |

28 Combine amounts in columns (e) and (f), line 27, and write the net income or (loss) here . . . . . . . 28 | -150,182.

29 Deduction for section 179 property (from Form 1065, Schedule K-1, and Form 1120S, Schedule K-1). (See Instructions for limitations.) . . . . . 29 |

30 Total partnership and S corporation income or (loss). Combine amounts on lines 28 and 29. Write the total here and include in line 36 below . . . . . 30 | -150,182.

### Estates and Trusts

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

31 Add amounts in columns (e) and (f) and write the total(s) here. . . . . . . . . . 31 |

32 Total estate or trust income or (loss). Combine amounts in columns (e) and (f), line 31. Write the total here and include in line 36 below. . . . . 32 |

## Part III Windfall Profit Tax Summary

33 Windfall profit tax credit or refund received in 1985 (see Instructions) . . . . . 33 |

34 Windfall profit tax withheld in 1985 (see Instructions) . . . . . 34 |

35 Combine amounts on lines 33 and 34. Write the total here and include in line 36 below . . . . . 35 |

## Part IV Summary

36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Write the total here and on Form 1040, line 18 ▶ 36 | -302,469.

37 Farmers and fishermen: Write your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II (see Instructions) . . . . . 37 |

## Part V Optional Depreciation Worksheet. – You may use this worksheet to figure depreciation only on property placed in service before 1981. If you placed any property in service after 1980, you must use Form 4562 for all property.

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| | | | | | | | |
| | Total (Property A) | | | | | | |
| B | | | | | | | |
| | | | | | | | |
| | Total (Property B) | | | | | | |
| C | | | | | | | |
| | | | | | | | |
| | Total (Property C) | | | | | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

[redacted]-8688 AMARNICK 090 4973-80

1985 FEDERAL INCOME TAX STATEMENTS PAGE 19

STATEMENT 4 - RENT AND ROYALTY INCOME (CONTINUED)

DEPRECIATION CALCULATION

| DESC | DATE ACQUIRED | COST OR BASIS | PRIOR YEARS DEPRECIATION | ME-THOD | YRS | PCT | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|---|
| CONDO, BALA CYNWYD, PA. | | | | | | | |
| | 07/01/80 | 106,300 | 12,907 | SL | 35 | | 3,037 |
| TOTALS | | 106,300 | 12,907 | | | | 3,037 |

PROPERTY 4

AMERIGROUP EQUIPMENT PROGRAM
CRYSTAL STAR EAGLE

OCCUPY PROPERTY GREATER THAN 14 DAYS OR 10 PERCENT DAYS RENTED
YES( ) NO(X)

| | | |
|---|---|---|
| RENTAL INCOME | | 0 |
| EXPENSES | | |
| MANAGEMENT FEES | 1,518 | |
| OTHER INTEREST | 2,744 | |
| BROKERAGE FEES | 1,350 | |
| DEPRECIATION | 45,000 | |
| TOTAL DEDUCTIBLE EXPENSES | | 50,612 |
| NET LOSS | | -50,612 |

DEPRECIATION CALCULATION

| DESC | DATE ACQUIRED | COST OR BASIS | PRIOR YEARS DEPRECIATION | ME-THOD | YRS | PCT | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|---|
| 5-YEAR RECOVERY PROPERTY | | | | | | | |
| CRYSTAL STAR EAGLE - EQUIPMENT LEASING | | | | | | | |
| | 85 | 300,000 | | | 5 | | 45,000 |
| TOTALS | | 300,000 | 0 | | | | 45,000 |

[redacted]-8688 AMARNICK 090 4973-80



STATEMENT 4 - RENT AND ROYALTY INCOME (CONTINUED)

| | | DEPRECIATION CALCULATION | | | | | |
|---|---|---|---|---|---|---|---|
| DESC | DATE ACQUIRED | COST OR BASIS | PRIOR YEARS DEPRECIATION | METHOD | YRS | PCT | CURRENT DEPRECIATION |
| 5-YEAR RECOVERY PROPERTY | | | | | | | |
| ULYSSES LEASING TRUST 1985-16 | | | | | | | |
| | 12/01/85 | 284,040 | | | 5 | | 42,606 |
| TOTALS | | 284,040 | 0 | | | | 42,606 |

SUMMARY OF RENT AND ROYALTY INCOME

| | GROSS INCOME | EXPENSES OTHER THAN DEPREC/DEPL | AMORTIZATION/ DEPLETION/ DEPRECIATION | INCOME (LOSS) |
|---|---|---|---|---|
| PROPERTY 1 | 6,700 | 5,618 | 1,139 | -57 |
| PROPERTY 2 | 6,000 | 7,811 | 1,571 | -3,382 |
| PROPERTY 3 | 8,820 | 11,783 | 3,037 | -6,000 |
| PROPERTY 4 | 0 | 5,612 | 45,000 | -50,612 |
| PROPERTY 5 | 0 | 3,512 | 42,606 | -46,118 |
| PROPERTY 6 | 0 | 3,512 | 42,606 | -46,118 |
| TOTALS | 21,520 | 37,848 | 135,959 | -152,287 |
| NET LOSS FROM RENTS AND ROYALTIES | | | | -152,287 |