ORIGINAL Miami

Exhibit 2, Page 1 of 4

RECEIVED DOCKET ROOM

UNITED STATES TAX COURT

FILED '96 SEP 23 P12:04 UNITED STATES TAX COURT

'96 SEP 23 P12:06 UNITED STATES TAX COURT

CRYSTAL STAR EAGLE, ESTATE OF CLAUDE B. AMARNICK, DECEASED, AARON AMARNICK, PERSONAL REPRESENTATIVE, A PARTNER OTHER THAN THE TAX MATTERS PARTNER,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 16434-96

ADM. RECORDED ch SERVICE c/s CAL. STAT. T.C. JUDGE ITEM

**ANSWER**

THE RESPONDENT, in answer to the Petition filed in the above-entitled case, admits, denies and alleges as follows:

1. Admits, but denies for lack of sufficient information, the date of death for petitioner Claude B. Amarnick.

2. Admits and alleges that two Notices of Final Partnership Administrative Adjustment, were attached to the copy of the petition served on respondent: one for the 1985 year and one for the 1986 year.

3. Admits the partnership identifying number but denies for lack of sufficient information the relationship between the Tax Matters Partner and petitioner.

4. Admits and further alleges that the partnership was determined to not have a beneficial ownership in the equipment and/or that the partnership did not have a true economic interest in the equipment. Further alleges that the Commissioner asserted an alternative position in her Notices of Final Partnership Administrative Adjustment.

GOVERNMENT EXHIBIT 2

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: Glenn Fruer
DEPUTY CLERK

Docket No. 16434-96

5. Denies that the Commissioner's determinations, as set forth in the Notices of Final Partnership Administrative Adjustment, were erroneous.

6. Admits that the petitioner claims facts as alleged in the petition but denies that the facts are true, as claimed.

7. Denies generally each and every allegation of the Petition not herein specifically admitted, qualified or denied.

WHEREFORE, it is prayed:

(1) That the relief sought in the Petition be denied; and

(2) That Respondent's determination, as set forth in the notices of final partnership administrative adjustments, be in all respects approved.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: 9-19-96

By: Kenneth A. Hochman
KENNETH A. HOCHMAN
Assistant District Counsel
Tax Court Bar No. HK0097
Atrium West, Suite 240
7771 W. Oakland Park Blvd.
Sunrise, FL 33351
Telephone: (954) 572-5131

By: Alison W. Lehr
ALISON W. LEHR
Senior Attorney
Tax Court Bar No. LA0369

OF COUNSEL:
WILLIAM A. GOSS
Regional Counsel
DAVID R. SMITH
District Counsel

Docket No. 16434-96

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing ANSWER was served on counsel for petitioner by mailing the same on SEP 20 1996 in a postage paid wrapper addressed as follows:

Steven B. Dolchin, Esquire
4330 Sheridan Street, Suite 202 B
Hollywood, Florida 33021

This is to certify that a copy of the foregoing ANSWER was served on the Tax Matters Partner and on counsel for the Tax Matters Partner by mailing the same on SEP 20 1996 in a postage paid wrapper addressed as follows:

William Tauskey
5817 Camden Drive.
Matthews, North Carolina 28105

and

Thomas E. Redding
Redding and Associates, P.C.
515 Post Oak Boulevard, Suite 500
Houston, Texas 77027

Date: SEP 20 1996

Alison W. Lehr
ALISON W. LEHR
Senior Attorney
Tax Court Bar No. LA0369

CRYSTAL STAR EAGLE; ESTATE OF CLAUDE B. AMARNICK, DECEASED; AND AARON AMARNICK, PERSONAL REPRESENTATIVE, A PARTNER OTHER THAN THE TAX MATTERS PARTNER

UNITED STATES TAX COURT
FILED
SEP 25 1996

Docket No. 16434-96

TAX COURT

**AMENDED CERTIFICATE OF SERVICE**

'96 SEP 25 P12:18

This is to certify that a copy of the foregoing ANSWER was served on counsel for petitioner by mailing the same on SEP 24 1996 in a postage paid wrapper addressed as follows:

Steven B. Dolchin, Esquire
4330 Sheridan Street, Suite 202 B
Hollywood, Florida 33021

This is to certify that a copy of the foregoing ANSWER was served on the Tax Matters Partner and on counsel for the Tax Matters Partner by mailing the same on SEP 24 1996 in a postage paid wrapper addressed as follows:

William Tauskey
5817 Camden Drive.
Matthews, North Carolina 28105

William Tauskey
River Ridge Road
P.O. Box 2217
Blue Ridge, Georgia 30513

and

Thomas E. Redding
Redding and Associates, P.C.
515 Post Oak Boulevard, Suite 500
Houston, Texas 77027

Date: SEP 24 1996

SEP 24 1996

ALISON W. LEHR
Senior Attorney
Tax Court Bar No. LA0369

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: [signature]
DEPUTY CLERK