K/A Miami, FL



UNITED STATES TAX COURT

U.S. TAX COURT MAILROOM '96 OCT -3 A8:33

UNITED STATES TAX COURT FILED OCT 3 1996

CRYSTAL STAR EAGLE, ESTATE OF CLAUDE B. AMARNICK, DECEASED, AARON AMARNICK, PERSONAL REPRESENTATIVE, A PARTNER OTHER THAN THE TAX MATTERS PARTNER,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. 16434-96

9/28

ADM. RECORDED SERVICE CAL. STAT. S.T. JUDGE FILES

## NOTICE OF ELECTION TO PARTICIPATE

Gary H. and Amy E. Arizala, Roger and Barbara Berlin, Paul A. and Margaret C. Brown, Donald M., Jr. and Karen S. Browning, Donald M., Sr. and Edith D. Browning, James R. and Charlene R. Browning, David A. and Terice B. Clark, Jay E. and Shirley M. Frieling, Joseph H. and Barbara E. Goldfarb, James A. and Patricia A. Grever, John R. and Ann M. Griffiths, Julius and Blanche Jaffe, Howard S. and Ilene S. Lapidos, Michael B. and Iris Lewiston, Marvin C. and Mildred L. Park, David M. Phelan, Rudolph A. Robinson, Charles H., Jr. and Charisse L. Straight, R. Norman and Peggy J. Stone, Bert R. and Frances Vanderzee, Merrill F. and Elizabeth J. Wymer, Thomas C. and Nancy J. Gay, and William A. Tauskey, Sr., and Sushil and Sumila Mehrotra ("Participants") hereby elect to participate, pursuant to § 6226(c)(2) of the Internal Revenue Code of 1986, as amended (the "Code"), and Rule 245(b) of the Rules of Practice and Procedure, United States Tax Court, in the above entitled action for readjustment of partnership items.

Participants satisfy the requirements of Code § 6226(d) because Participants were investors in the Crystal Star Eagle investment program and are alleged by Respondent to therefore be partners during the applicable period for which readjustment of partnership items is sought and, if such

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: [signature]
DEPUTY CLERK

GOVERNMENT EXHIBIT 3

readjustment is made, the tax attributable to such partnership items may be assessed against them unless barred by the statute of limitations.

William A. Tauskey, Sr., participates in this proceeding in his individual capacity as a co-owner and alleged partner in Crystal Star Eagle. Mr. Tauskey does not elect at this time to intervene in this proceeding in his capacity as the appointed tax matters partner ("TMP"). However, for purposes of this proceeding, Mr. Tauskey acknowledges his status as appointed TMP.

Merrill F. and Elizabeth J. Wymer believe that they have previously settled with Respondent with regard to their applicable partnership items for tax year 1985; however, there is some question as to the effectiveness and validity of that settlement. Therefore, although Merrill F. and Elizabeth J. Wymer elect to participate in this proceeding with regard to tax years 1985 and 1986, they hereby notify the Court of their intent to subsequently file a motion to dismiss for lack of jurisdiction as to them for tax year 1985 to test the validity of their settlement.

Respectfully submitted,

COUNSEL FOR PARTICIPANTS

ADMITTED U.S. TAX COURT

Date: 9/28/96

Thomas E. Redding

Thomas E. Redding
Tax Court Bar No. RT0167
Redding & Associates, P.C.
515 Post Oak Boulevard, Suite 500
Houston, Texas 77027-9408-150
(713) 965-9244
(713) 621-5227 Fax

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the Foregoing Notice of Election to Participate was served on the following by mailing same on September 28, 1996, in a postage paid wrapper to the addresses shown:

Respondent: Mr. Kenneth A. Hochman
Assistant District Counsel
Internal Revenue Service
Atrium West, Suite 240
7771 W. Oakland Park Blvd.
Sunrise, Florida 33351

Petitioner: Steven B. Dolchin
4330 Sheridan Street
Suite 202 B
Hollywood, Florida 33021

Appointed Tax Matters Partner: William A. Tauskey, Sr.
River Ridge Road
P.O. Box 2217,
Blue Ridge, GA 30513.

This is to certify that the original of the foregoing Notice of Election to Participate was submitted by certified mail, return receipt requested on September 28, 1996, to:

United States Tax Court
400 Second Street, N.W.
Washington, D.C. 20217

Date: 9/28/96

Thomas E. Redding

 C:\DOCS\TAXCONT.T\TSGN9276.CR1