Exhibit 6, Page 1 of 3

UNITED STATES TAX COURT

UNITED STATES TAX COURT FILED APR 16 2001

2001 APR 16 AM 8: 52

| | | |
|---|---|---|
| CRYSTAL STAR EAGLE, ESTATE OF CLAUDE B. AMARNICK, DECEASED, AARON AMARNICK, PERSONAL REPRESENTATIVE, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, | § | |
| Petitioner. | § | |
| vs. | § | Docket No. 16434-96 |
| COMMISSIONER OF INTERNAL REVENUE, | § | Judge Gerber |
| Respondent. | § | |

RECORDED SERVICE CAL. STAT. JUDGE

**MOTION TO DISMISS AS PARTICIPATING PARTNERS**

Participating partners[1] Marvin C. and Mildred L. Park ("the Parks") move the Court to dismiss them from this proceeding as participating partners. As nonparticipating partners the Parks would remain subject to the outcome of this case. In support, the Parks would show:

1. Both Mr. and Mrs. Parks are now deceased.

2. The representatives for the Parks' estates have indicated that they do not wish to substitute into this proceeding.

---

[1] The Parks and their fellow investors continue to dispute Crystal Star Eagle's purported status as a partnership. The use of the term "participating partner" and "nonparticipating partner" in this motion is for the convenience of the Court and the parties and is in no way to be considered as a concession by the Parks or any other Crystal Star Eagle investors to their purported status as "partners."

\\Raserver\share1\DOCS\TAXCONT.T\TSRM4121.PA1.wpd

GOVERNMENT EXHIBIT 6

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: ______
DEPUTY CLERK

3. The Parks' originally elected to participate in order to have the Court address the subject of its jurisdiction. This issue has been ruled upon by the Court and any further participation by the Parks would, in any event, be moot.

4. Counsel for Petitioner has been contacted and does not object to the granting of this motion.

5. Counsel for Respondent has been contacted and does not object to the granting of this motion.

WHEREFORE, Marvin C. and Mildred L. Park move that this Court dismiss them from this proceeding as participating partners.

Respectfully submitted,

COUNSEL FOR MOVANTS,

Date: 4/12/01

[signature]

Thomas E. Redding
Tax Court Bar No. RT0167
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 Fax

\\Raserver\share1\DOCS\TAXCONT.T\TSRM4121.PA1.wpd

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion was served on the following by mailing same on April 12, 2001 in a postage paid wrapper to the address shown:

| | | | |
|---|---|---|---|
| Respondent: | Mr. William G. Bissell<br>Senior Attorney<br>Internal Revenue Service<br>8701 S. Gessner<br>Suite 750<br>Houston, Texas 77074 | Petitioner: | Steven B. Dolchen<br>4330 Sheridan Street<br>Suite 202 B<br>Hollywood, Florida 33021 |

This is to certify that the original of the foregoing Motion was submitted by certified mail, return receipt requested on April 12, 2001.

United States Tax Court
400 Second Street, N.W.
Washington, D.C. 20217

Date: 4/12/01

Thomas E. Redding

\\Raserver\share1\DOCS\TAXCONT.T\TSRM4121.PA1.wpd