**UNITED STATES TAX COURT**
**WASHINGTON, D.C. 20217**

CRYSTAL STAR EAGLE, ESTATE OF CLAUDE B. AMARNICK, DECEASED, AARON AMARNICK, PERSONAL REPRESENTATIVE, A PARTNER OTHER THAN THE TAX MATTERS PARTNER,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 16434-96

O R D E R

A Motion to Dismiss as Participating Partners was filed April 16, 2001, on behalf of Marvin C. and Mildred L. Park, both of whom are now deceased, to change their status from participating to nonparticipating partners subject to the outcome of this proceeding. The representatives of the Parks' estates have advised that they do not wish to be substituted in this proceeding as participating partners, and counsel for petitioner and respondent have been contacted and pose no objection to the granting of said motion. Wherefore, it is

ORDERED that the movants' Motion to Dismiss as Participating Partners is granted in that the participation of Marvin C. Park, deceased, and Mildred L. Park, deceased, is considered stricken for purposes of any motion for entry of decision pursuant to Tax Court Rule 248(b). Marvin C. Park, deceased, and Mildred L. Park, deceased, and/or their representatives will be affected by the decision entered in this proceeding irrespective of their participation.

Joel Gerber
Judge

Dated: Washington, D.C.
April 26, 2001

GOVERNMENT EXHIBIT 7

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: ________
DEPUTY CLERK

SERVED APR 27 2001