ORIGINAL

Exhibit 8, Page 1 of 3

UNITED STATES TAX COURT
FILED
AUG 30 2001

UNITED STATES TAX COURT

CRYSTAL STAR EAGLE, ESTATE OF CLAUDE B. AMARNICK, DECEASED AARON AMARNICK, PERSONAL REPRESENTATIVE, A PARTNER OTHER THAN THE TAX MATTERS PARTNER,

Petitioner,

v.

Docket No. 16434-96

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

ADM.
RECORDED
SERVICE
CAL.
STAT.
S.T. JUDGE
FILES

**MOTION FOR ENTRY OF DECISION**

THE RESPONDENT MOVES, pursuant to Tax Court Rule 248(b), that the Court enter the decision document lodged concurrently with this motion as the decision in this case.

IN SUPPORT THEREOF, the respondent respectfully states:

1. Several of the partners of Crystal Star Eagle have entered into a settlement agreement consistent with the decision document lodged concurrently with this motion.

2. All partners of Crystal Star Eagle that meet the interest requirements of I.R.C. § 6226(d) are treated as parties to this action pursuant to I.R.C. § 6226(c) and T.C. Rule 247(a).

3. None of the participating partners object to the respondent's motion for entry of decision.

4. The respondent has communicated the terms of the settlement offer to the tax matters partner, James A. Gerver, in accordance with T.C. Rule 248(c)(2).

U.S. TAX COURT
GRANTED
DEC 5 2001
JUDGE

GOVERNMENT EXHIBIT 8

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: Glenn Fever
DEPUTY CLERK

SERVED DEC 7 2001

5. The tax matters partner James A. Grever consents to the granting of this motion and agrees with the proposed decision in this case, but does not certify that no party objects to the granting of the respondent's motion for entry of decision.

6. Once the Court enters a decision, the respondent intends to assess each partner by way of computational adjustment based on the decision.

WHEREFORE, respondent requests that this motion be granted.

RICHARD W. SKILLMAN
Acting Chief Counsel
Internal Revenue Service

Date: AUG 2 9 2001

By: William G. Bissell
WILLIAM G. BISSELL
Senior Attorney (LMSB)
Tax Court Bar No. BW0711
8701 South Gessner
Suite 710
Houston, Texas 77074
Telephone: (281) 721-7300

OF COUNSEL:
LINDA BURKE
Division Counsel
(Large and Mid-Size Business)
BERNARD B. NELSON
Area Counsel
(Natural Resources: Houston)
MARION S. FRIEDMAN
Associate Area Counsel (LMSB)

Docket No. 16434-96

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR ENTRY OF DECISION was served on counsel for the petitioner, the participating partners, and the tax matters partner, by mailing the same on AUG 29 2001 in postage paid wrappers addressed as follows:

Steven B. Dolchin
Attorney for petitioner
Steven B. Dolchin, P.A.
Suite 202-B
4330 Sheridan Street
Hollywood, Florida 33021

Steven B. Dolchin
Attorney for petitioner
3864 Sheridan Street
Hollywood, Florida 33021

Thomas E. Redding
Attorney for participating partners
REDDING & ASSOCIATES, P.C.
P. O. Box 924328
Houston, Texas 77292

Sally W. Gladney
Attorney for tax matters partner
REDDING & ASSOCIATES, P.C.
P. O. Box 924328
Houston, Texas 77292

Date: AUG 29 2001

WILLIAM G. BISSELL
Senior Attorney
Tax Court Bar No. BW0711