JK - Gerber

Exhibit 9, Page 1 of 2

ADM. RECORDED SERVICE CAL. STAT. M/L ~~S.T.~~ JUDGE Gerber FILES

**UNITED STATES TAX COURT**

| | |
|---|---|
| CRYSTAL STAR EAGLE, ESTATE OF CLAUDE B. AMARNICK, DECEASED, AARON AMARNICK, PERSONAL REPRESENTATIVE, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, Petitioner, | |
| v. | Docket No. 16434-96 |
| COMMISSIONER OF INTERNAL REVENUE, Respondent. | |

**DECISION**

Pursuant to I.R.C. § 6224(c)(2), this Court's order of June 12, 1998, the agreement of the parties, and Tax Court Rule 248(b), it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Crystal Star Eagle for the taxable years 1985 and 1986:

**1985**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Ordinary loss | $2,733,064.00 | $1,620,000.00 |
| Tax preference item: | | |
| Accelerated depreciation | 1,460,037.00 | -0- |

**1986**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Ordinary loss | $3,570,696.00 | -0- |
| Tax preference item: | | |
| Accelerated depreciation | 1,587,467.00 | -0- |

GOVERNMENT EXHIBIT 9

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: Glenn Feuer
DEPUTY CLERK

SERVED DEC 7 2001

That the reason for the disallowance of ordinary loss and accelerated depreciation for 1985 and 1986 is that the partnership did not have an objective profit motive for entering into the transactions which gave rise to the disallowed deductions, and the transactions lacked economic substance.

Judge.

Entered: DEC -7 2000