02/25/08

# U N I T E D S T A T E S T A X C O U R T
## D O C K E T E N T R I E S

Docket No. 16434-96 INDEX

Crystal Star Eagle, Estate of Claude B. Amarnick, Deceased, and Aaron Amarnick, Personal Representative, A Partner Other Than the Tax Matters Partner

v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Crystal Star Eagle<br>C/O Aaron Amarnick | DS0177<br>NO. 1 | (Service Attorney)<br>Dolchin,Steven B.<br>Steven B. Dolchin, P.A.<br>3864 Sheridan Street<br>Hollywood, FL 33021 |
| Estate of Claude B. Amarnick, Deceased<br>C/O Aaron Amarnick | DS0177<br>NO. 1 | Dolchin,Steven B.<br>Steven B. Dolchin, P.A.<br>3864 Sheridan Street<br>Hollywood, FL 33021 |
| Aaron Amarnick | DS0177<br>NO. 1 | Dolchin,Steven B.<br>Steven B. Dolchin, P.A.<br>3864 Sheridan Street<br>Hollywood, FL 33021 |

PARTICIPANTS:

Tax Matters Partner

| | | |
|---|---|---|
| James A. Grever<br>C/O Redding & Associates, P.C. | RT0167<br>NO. 2 | (Service Attorney)<br>Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |

Partner(s) Other Than the Tax Matters Partner

| | | |
|---|---|---|
| Gary H. Arizala<br>Amy E. Arizala | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |

(Continued to page 2)

GOVERNMENT EXHIBIT 10

02/25/08
Docket No. 16434-96 (Continuation Page 2) INDEX

| | | |
|---|---|---|
| Roger Berlin<br>Barbara Berlin | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Paul A. Brown<br>Margaret C. Brown | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Donald M. Browning, Jr.<br>Karen S. Browning, Jr. | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Donald M. Browning, Sr.<br>Edith D. Browning, Sr. | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| James R. Browning<br>Charlene R. Browning | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| David A. Clark | RT0167 | Redding,Thomas E. |

(Continued to page 3)

02/25/08
Docket No. 16434-96 (Continuation Page 3) INDEX

| | | |
|---|---|---|
| Terice B. Clark | NO. 2 | Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Jay E. Frieling<br>Shirley M. Frieling | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Joseph H. Goldfarb<br>Barbara E. Goldfarb | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Patricia A. Grever | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| John R. Griffiths<br>Ann M. Griffiths | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Julius Jaffe<br>Blanche Jaffe | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester |

(Continued to page 4)

02/25/08
Docket No. 16434-96 (Continuation Page 4) INDEX

| | | |
|---|---|---|
| | | Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Howard S. Lapidos<br>Ilene S. Lapidos | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Michael B. Lewiston<br>Iris Lewiston | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| David M. Phelan | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Rudolph A. Robinson | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Charles H. Straight, Jr.<br>Charisse L. Straight, Jr. | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |

(Continued to page 5)

02/25/08
Docket No. 16434-96 (Continuation Page 5) INDEX

| | | |
|---|---|---|
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| R. Norman Stone<br>Peggy J. Stone | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Bert R. Vanderzee<br>Frances Vanderzee | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Thomas C. Gay<br>Nancy J. Gay | RT0167<br>NO. 2 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |
| | GS0451 | Gladney,Sallie W.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018-7010 |
| Sushil Mehrotra<br>Sumila Mehrotra | RT0167<br>NO. 1 | Redding,Thomas E.<br>Redding & Associates<br>2914 West T.C. Jester<br>Houston, TX 77018 |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/30/96 | PF | PETITION Filed:Fee Paid | | R 08/01/96 | |
| 0002 | 07/31/96 | OCA | ORDER that caption of case is amended. | | B 08/01/96 | |
| 0003 | 08/09/96 | DPT | DESIGNATION of Trial at Miami, FL | | B 08/13/96 | C |
| 0004 | 08/12/96 | O | ORDER petr. by 9/12/96 file not. of ID of TMP. | | B 08/13/96 | C |
| 0005 | 08/30/96 | NOT | NOTICE by Petr. of ID of William Tauskey as TMP. | | R 09/04/96 | |

(Continued to page 6)

```
                                                                    02/25/08
  Docket No.  16434-96               (Continuation  Page    6)         INDEX
 NO.   DATE  EVENT       FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    M

0006 09/23/96 ACS  ANSWER (C/S 09/20/96).
0007 09/25/96 MISC AMENDED C/S 9/25/96 of answer.
0008 09/25/96 O    ORDER TMP, William Tauskey
                   address is changed.                            B 09/26/96
0009 10/03/96 NOE  NOTICE OF ELECTION TO PARTICIPATE
                    by Gary H. & Amy E. Arizala;
                   Roger & Barbara Berlin; Paul A. & Margaret C. Brown; Donald
                   M. & Karen S. Browning, Jr.; Donald M. & Edith D. Browning,
                   Sr.; James R. & Charlene R. Browning; David A. & Terice B.
                   Clark; Jay E. & Shirley M. Frieling; Joseph H. & Barbara E.
                   Goldfarb; James A. & Patricia A. Grever; John R. & Ann M.
                   Griffiths; Julius & Blanche Jaffe; Howard S. & Ilene S.
                   Lapidos; Michael B. & Iris Lewiston; Marvin C. & Mildred L.
                   Park; David M. Phelan; Rudolph A. Robinson; Charles H. &
                   Charisse L. Straight, Jr.; R. Norman & Peggy J. Stone; Bert
                   R. & Frances Vanderzee; Merrill F. & Elizabeth J. Wymer;
                   Thomas C. & Nancy J. Gay; William A. Tauskey, Sr.; and
                   Sushil & Sumila Mehrotra to participate. (C/S 9/28/96)
0010 10/10/96 ATP  AMENDMENT TO PETITION by                       B 10/10/96
                   participants filed.
0011 10/10/96 MOT  MOTION by participants to change
                   place of trial to Houston, TX.     GR  10/18/96 B 10/18/96
                   (N.Obj - Resp & Petr.) (C/S 10/2/96)
0012 11/07/96 NTD  NOTICE of Trial on 04/14/97 at
                   Houston, TX.                                   B 11/07/96 C
0013 11/07/96 SPTO STANDING PRE-TRIAL ORDER attached
                    to Notice of Trial                            B 11/07/96 C
0014 12/04/96 A    ANSWER TO AMENDMENT TO PETITION.
                   (C/S 11/27/96)
0015 12/18/96 MOTR MOTION by resp. to continue trial
                    generally. (C/S 12/17/96)         GR  12/18/96 B 12/19/96
0016 04/10/97 NTD  NOTICE of Trial on 09/15/97 at
                   Houston, TX.                                   B 04/10/97 C
0017 04/10/97 SPTO STANDING PRE-TRIAL ORDER attached
                    to Notice of Trial                            B 04/10/97 C
0018 07/21/97 MOT  MOTION by certain participants &
                   TMP to continue trial. (N.Obj.     ORD 08/28/97
                   Resp.) (C/S 7/18/97)
0019 07/21/97 MOT  MOTION by certain participants &
                   TMP for partial summ. judg. re:    ORD 08/28/97
                   ownership & economic substance of equipment. (C/S 7/18/97)
0020 07/21/97 MOT  MOTION by certain participants &
                   TMP for partial summ. judg. re:    ORD 08/28/97
                   profit motive. (C/S 7/18/97)
0021 07/21/97 MOT  MOTION by certain participants &
                   TMP to dismiss for LOJ.            ORD 08/28/97
                   (Invalid FFPA) (C/S 7/18/97)
```

(Continued to page 7)

```
                                                                       02/25/08
  Docket No.  16434-96               (Continuation  Page     7)           INDEX
 NO.    DATE   EVENT       FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    M

0022 07/21/97 MOT  MOTION by Participants Merrill &                   B 07/25/97 C
                   Elizabeth Wymer to dismiss          ORD 08/28/97
                   themselves & to strike. w/Ex. (Per Judge)
0023 07/24/97 O    ORDER resp. by 8/18/97 file
                   responses to participants mots.                    B 07/25/97 C
                   filed 7/21/97.
0024 08/28/97 MOT  MOTION by certain participants &
                   TMP to withdraw mots. for part.     ORD 08/28/97
                   summ. judg. & mots. to dismiss filed 7-21-97. (N.Obj.) (C/S
                   8-27-97)
0025 08/28/97 O    ORDER participants & TMP mot to
                   withdraw & mot to continue are                     B 08/29/97
                   granted. Trial is continued generally. 7-24-97 order is
                   vacated & set aside.
0026 09/17/97 NTD  NOTICE of Trial on 02/23/98 at
                   Houston, TX.                                       B 09/17/97 C
0027 09/17/97 SPTO STANDING PRE-TRIAL ORDER attached
                    to Notice of Trial                                B 09/17/97 C
0028 10/27/97 MISC UNOPPOSED MOTION by all
                   participants except Mehrotra's      ORD 11/25/97
                   for expedited assignment of a division of the court. (C/S
                   10-22-97)
0029 10/27/97 MISC UNOPPOSED MOTION by all
                   participants except Mehrotra's      GR  11/20/97 B 11/26/97 C
                   for continuance of trial generally.
0030 11/25/97 OAJ  ORDER that case is assigned to
                   Judge Laro.  10-27-97 mot. Gr.      ORD 10/13/99 B 11/26/97 C
0031 01/14/98 O    ORDER parties by 2/17/98 file
                   status reports.                                    B 01/15/98 C
0032 01/30/98 MOT  MOTION by all participants except
                    Tauskey, Griffiths' Lapidos',      ORD 06/12/98
                   Park's, Robinson's Wymer's, Gay's & Mehrotra's for entry of
                   order to compel resp. to extend offers of consistent
                   settlement to said participants. w/Exs. (C/S 1-27-98)
0033 01/30/98 MOT  MOTION by participant, Wymer's to
                    determine this Court's             DN  04/03/98 B 04/06/98 C
                   jurisdiction as to them. W/Exs. & Attachment (C/S 1-27-98)
0034 01/30/98 MOT  MOTION by all participants except
                    Mehrotra's to dismiss for LOJ      DN  04/03/98 B 04/06/98 C
                   re: Validity of the FPAA. (C/S 1-27-98)
0035 01/30/98 MOT  MOTION by all participants except
                    Mehrotra's for partial summary     DN  04/03/98 B 04/06/98 C
                   judgment re: Profit Motive. (C/S 1-27-98)
0036 01/30/98 MOT  MOTION by all participants except
                    Mehrotra's for partial summary     DN  04/03/98 B 04/06/98 C
                   judgment re: the ownership of & economic substance of their
                   investment in the equipment. (C/S 1-27-98)
```

(Continued to page 8)

```
                                                                      02/25/08
  Docket No.  16434-96               (Continuation  Page    8)           INDEX
 NO.    DATE   EVENT       FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    M

0037 01/30/98 MOT  MOTION by all participants except
                    Mehrotra's to dismiss for LOJ     DN  04/03/98 B 04/06/98 C
                   as to nonpartnership items & to strike. (C/S 1-27-98)
0038 02/02/98 MOT  MOTION by Participants to Amend
                   Petition. (2nd Am. to Pet. Ld.)    GR  02/04/98 B 02/05/98 C
                   (C/S 1/28/98)
0039 02/03/98 O    ORDER parties by 2/25/98 file
                   response to participants mot.                 B 02/04/98 C
                   to dismiss as to nonpartnership items & to strike.
0040 02/03/98 O    ORDER parties by 2/25/98 file
                   response to participants mot.                 B 02/04/98 C
                   for partial summ. judg. re: ownership of & economic
                   substance of their investment in the equipment.
0041 02/03/98 O    ORDER parties by 2/25/98 file
                   response to participants mot.                 B 02/04/98 C
                   for partial summ. judg. re: profit motive.
0042 02/03/98 O    ORDER parties by 2/25/98 file
                   rsponse to participants mot. to               B 02/04/98 C
                   dismiss re: Validity of FPAA.
0043 02/03/98 O    ORDER parties by 2/25/98 file
                   response to mot. to determine                 B 02/04/98 C
                   this Court's Jurisdiction as to Merrill & Elizabeth J.
                   Wymer.
0044 02/03/98 O    ORDER parties by 2/25/98 file
                   response to participants mot.                 B 02/04/98 C
                   for entry of ord. to compel resp. to extend offers of
                   consistent settlement.
0045 02/04/98 ATP  AMENDMENT TO PETITION (2nd.)                  R 02/05/98
0046 02/09/98 RPT  REPORT by Petr. (C/S 2-3-98) (Per
                    Judge)
0047 02/17/98 RPT  REPORT by Resp. (C/S 2/13/98)
0048 02/23/98 RPT  REPORT by participants. (C/S
                   2/17/98) (p.m.t.)
0049 03/13/98 O    ORDER time ext. to 3/20/98 to
                   comply with 2/3/98 orders.                    B 03/16/98 C
0050 03/20/98 RESP RESPONSE by resp. to certain
                   participants mot to determine
                   status (jurisdiction) as to parties. (C/S 3/19/98)
0051 03/20/98 RESP RESPONSE by resp. to certain
                   participants mot. for partial
                   summ. judgment re; Profit Motive. (C/S 3/19/98)
0052 03/20/98 MEMO MEMORANDUM OF LAW by resp. in
                   support of response to mot. for
                   partial summ. judgment. (C/S 3/19/98)
0053 03/20/98 RESP RESPONSE by resp. to certain
                   participants mot. for partial
                   summ. judgment re: ownership & economic substance of their
```

(Continued to page 9)

```
                                                                         02/25/08
  Docket No.  16434-96              (Continuation  Page    9)              INDEX
 NO.    DATE   EVENT       FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    M

                   investment in the equipment. (C/S 3/19/98)
0054 03/20/98 MEMO MEMORANDUM OF LAW by resp. in
                   support of response to mot. for
                   partial summ. judgment re: ownership & economic substance
                   of their investment.
                    (C/S 3/19/98)
0055 03/20/98 RESP RESPONSE by resp. to certain
                   participants mot. to dismiss
                   for LOJ as to non-partnership items & to strike. (C/S
                   3/19/98)
0056 03/23/98 RESP RESPONSE by resp. to certain
                   participants mot to dismiss re:
                   validity of the FPAA. (C/S 3-20-98) (leave gr.)
0057 03/23/98 RESP RESPONSE by resp. to certain
                   participants  mot for entry of
                   order to compel. (C/S 3-20-98) (leave gr.)
0058 03/23/98 MEMO MEMORANDUM OF LAW by resp. in
                   support of response to mot for
                   entry of order to compell. (C/S 3-20-98) (leave gr.)
0059 04/03/98 A    ANSWER TO AMENDMENT TO PETITION.
                   (2nd) (4/1/98)
0060 05/01/98 EA   ENTRY OF APPEARANCE by Sallie W.
                   Gladney for TMP & all                        R 05/04/98
                   participants except Mehorotra's.
0061 06/12/98 O    ORDER mot. filed 1-30-98 re:order
                    to compel resp. to ext. offers              B 06/18/98 C
                   of settlement is gr. to the extent that Resp. offer movants
                   the settlement terms contained herein.
0062 08/24/98 NOT  NOTICE by Thomas E. Redding for
                   Participating Partners of death
                   of TMP, William A. Tauskey, Sr. (C/S 8-19-98)
0063 09/01/98 O    ORDER parties by 9/30/98 file
                   joint report & memorandum.                   B 09/02/98 C
0064 11/02/98 RPT  REPORT by resp. & certain
                   participants except Lapidos.                 P 11/17/98 C
                   (leave gr.) (Per Judge)
0065 11/02/98 MEMO MEMORANDUM of Issues by resp.
                   (leave gr.) (Per Judge)                      P 11/17/98 C
0066 11/02/98 MEMO MEMORANDUM of Issues by certain
                   participants except Lapidos.                 B 11/17/98 C
                   (leave gr.) (Per Judge)
0067 11/16/98 O    ORDER parties by 12-28-98 file
                   report.                                      B 11/17/98 C
0068 01/04/99 RPT  REPORT by TMP & certain
                   participants except Lapidos.
                   (C/S 12/28/98) (p.m.t.)
0069 01/06/99 RPT  REPORT by resp. (Leave Gr.)                  P 01/19/99 C
0070 01/15/99 O    ORDER parties by 3-5-99 file
                   report.                                      B 01/19/99 C
0071 02/09/99 O    ORDER participants by 3/12/99
```

(Continued to page 10)

02/25/08
Docket No. 16434-96 (Continuation Page 10) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | M |
|---|---|---|---|---|---|---|---|
| | | | file mot. to remove & appoint successor TMP. | | | B 02/11/99 | C |
| 0072 | 03/05/99 | RPT | REPORT by resp. (C/S 3/4/99) | | | | |
| 0073 | 03/08/99 | RPT | REPORT by TMP & participants. (C/S 3/5/99) (p.m.t.) | | | | |
| 0074 | 03/12/99 | MOT | MOTION by TMP & participants for reconsideration of court's 2/9/99 order. (C/S 3/11/99) | DN | 03/16/99 | B 03/18/99 | C |
| 0075 | 03/12/99 | MOT | MOTION by TMP & participants to enlarge time to file mot. to remove & appoint successor tax matters partner until 30 after action on mot. to reconsider. (C/S 3/11/99) | DN | 03/16/99 | B 03/18/99 | C |
| 0076 | 03/15/99 | MOT | MOTION by participants to remove William Tauskey, Jr & appoint James A. Grever as successor tax matters partner. (C/S 3/12/99) (p.m.t.) | ORD | 03/30/99 | | |
| 0077 | 03/17/99 | O | ORDER resp. by 3/29/99 file response to mot. to remove & appoint successor TMP. | | | B 03/18/99 | C |
| 0078 | 03/29/99 | RESP | RESPONSE by parts. to 3-15-99 mot. (Per Judge) | | | B 04/01/99 | C |
| 0079 | 03/30/99 | O | ORDER 3-15-99 mot. is Gr., & William A. Tauskey, Sr., is removed as TMP & James A. Grever is appointed as the successor TMP. | | | B 04/01/99 | C |
| 0080 | 08/19/99 | O | ORDER parties by 9/15/99 file report. | | | B 08/23/99 | C |
| 0081 | 08/23/99 | NCA | NOTICE of Change of Address for attorneys Thomas E. Redding & Sallie W. Gladney. (C/S 8/18/99) | | | | |
| 0082 | 09/07/99 | RPT | REPORT by Petr. (C/S 8-31-99) | | | | |
| 0083 | 09/14/99 | RPT | REPORT by TMP, participants & resp. (Per Judge) | | | P 10/14/99 | |
| 0084 | 10/13/99 | O | ORDER case no longer assigned, restored to general docket. | GD | 10/13/99 | B 10/14/99 | |
| 0085 | 12/08/99 | NTD | NOTICE of Trial on 05/15/00 at Houston, TX. | | | B 12/08/99 | C |
| 0086 | 12/08/99 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | | B 12/08/99 | C |
| 0087 | 03/29/00 | RAR | REQUEST FOR ADMISSIONS by Resp. (C/S 03/28/00) (Leave Gr.) | | | | |
| 0088 | 03/30/00 | O | ORDER petr. by 4/28/00 file response to request for admissions. | | | B 03/30/00 | C |
| 0089 | 03/31/00 | MOT | MOTION by participants for clarification & amendment of Court's 6/12/98 order regarding consistent settlement. (Per Judge) | ORD | 04/25/00 | B 04/27/00 | C |

(Continued to page 11)

```
                                                                         02/25/08
  Docket No.  16434-96              (Continuation  Page   11)               INDEX
 NO.    DATE   EVENT       FILINGS AND PROCEEDINGS      ACT/STAT DTE  SERVED    M

0090 03/31/00 MOT  MOTION by all participants except
                    Mehorotra's to continue trial.    ORD 04/25/00 B 04/27/00 C
                   (Per Judge)
0091 04/13/00 RRAP RESPONSE TO REQ. FOR ADMISSIONS
                   by Petr.(C/S 04/07/00)
0092 04/25/00 OJR  ORDER that jurisdiction is
                   retained by Judge Gerber                         B 04/27/00 C
                   Parties by 7/24/00 file report or submit dec. docu. Mot. to
                   cont. is Gr. & trial is cont. Mot. for clarification filed
                   3/31/00 is deemed moot.
0093 08/09/00 RPT  REPORT by Resp. & participants.
                   (per Judge)                                      P 08/10/00 C
0094 09/28/00 MOT  MOTION by TMP, Grever, for order
                   directing service. (C/S            ORD 10/20/00
                   9/27/00) (Per Judge)
0095 10/20/00 O    ORDER mot. for order directing
                   service Gr. to the extent that                   B 10/23/00 C
                   his notification of individuals provided by Resp. satisfy
                   Rule 248(b).
0096 04/16/01 MOT  MOTION by participants, Merrill
                   F. & Elizabeth J. Wymer to         ORD 04/24/01
                   dismiss for LOJ. (C/S 4/12/01)
0097 04/16/01 MOT  MOTION by Thomas E. Redding for
                   Participant Marvin C. & Mildred    ORD 04/26/01
                   L. Park to dismiss. (C/S 4-12-01) (Per Judge)
0098 04/24/01 O    ORDER mot. by participants, Wymer
                    to dismiss is Gr. in that case                  B 04/25/01 C
                   is dismissed for LOJ on the ground that their partnership
                   items converted to nonpartnership items & references to
                   Wymers are considered stricken.
0099 04/26/01 O    ORDER Mot to dismiss participants
                    Park is granted in that the                     B 04/27/01 C
                   participation of Marvin C. Park (Deceased) & Mildred L.
                   Park (Deceased) is stricken.
0100 08/30/01 MOTR MOTION by resp. for entry of
                   decision. C/S 8/29/0 (R-In-F       GR  12/05/01 B 12/07/01 C
                   2-6-02)
0101 12/07/01 DEC  DECISION ENTERED, Judge Gerber                   B 12/07/01 C
                   (R-In-F 2-6-02)
```

Exhibit 10, Page 11 of 11