IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-852 T
(Judge Robert H. Hodges, Jr.)

RUTH C. LUCAS, Executrix of the Estate of Marvin C. Park, and
BONNIE S. MURPHY, Executrix of the Estate of Mildred L. Park,

Plaintiffs,

v.

THE UNITED STATES,

Defendant

**DEFENDANT'S RESPONSE TO PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to RCFC 56(h)(2), defendant, the United States, responds as follows to Plaintiffs' Proposed Findings of Uncontroverted Fact. Defendant does not agree with each and every of plaintiffs' proposed findings not expressly accepted below. In response to specific paragraphs in plaintiffs' Proposed Findings of Uncontroverted Fact, defendant further:

1-3. Agrees with the findings proposed in ¶¶ 1-3.

4. Agrees with the findings proposed in the first two sentences of ¶ 4; and states that the proposed finding in the third sentence of ¶ 4 constitutes legal argument and a conclusion to which no response is required under RCFC 56(h)(2).

5-8. Agrees with the findings proposed in ¶¶ 5-8.

9. States that the finding proposed in ¶ 9 constitutes legal argument to which no

response is required under RCFC 56(h)(2).

10-13. Agrees with the findings proposed in ¶¶ 10-13.

14. States that, to the extent that the finding proposed in ¶ 14 asserts that the claims for refund were timely filed and state grounds entitling them to be granted, it constitutes legal argument and conclusions to which no response is required under RCFC 56(h)(2); and does not agree with the remainder of the finding proposed in ¶ 14, on grounds that the claims for refund with respect to the Parks' individual income taxes for the 1985 and 1986 tax years were signed on behalf of Marvin Park no earlier than November 15, 2004.

15. States that, to the extent that the finding proposed in ¶ 15 asserts that plaintiffs' suit was timely filed, it constitutes legal argument and a conclusion to which no response is required under RCFC 56(h)(2); does not agree with the remainder of the finding proposed in ¶ 15, on grounds that the attachment to plaintiffs' motion cited in support of the finding proposed in ¶ 15 is not a complete document, and that the portion of this document cited only references to claims for refund of interest, not claims for refund of tax.

Respectfully submitted,

February 25, 2008

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

s/ Steven I. Frahm

February 25, 2008

Of Counsel